UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. DARBY<br><br>*Plaintiff,*<br><br>VS.<br><br><br>DAVID G. SNOW, SADIE A. GENTRY,<br>ALBERT J. DECORTE,<br>USAA GENERAL INDEMNITY COMPANY<br>AND ABC INSURANCE COMPANY<br><br>*Defendants,* | *<br>*   CASE NO: 2:19-cv-12622<br>*<br>*<br>*<br>*   SECTION: J<br>*<br>*<br>*<br>*   JUDGE: CARL J. BARBIER<br>*<br>*<br>* |

******************************************************************************

## SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Judith M. Darby (hereinafter "Darby"), who seeks to supplement and amend her original and any supplemental petition as follows:

1.

That the allegations of the Original Petition and any Supplemental Petition are re-alleged and re-asserted in full as originally made.

2.

That made additional defendant herein is Barbra Decorte Murphy (believed to be a person of the full age of majority and a resident of and domiciled in the Parish of St. Tammany, hereinafter "Murphy").

3.

That Murphy is liable, jointly and in solido, with all other defendants, for the following to-wit:

4.

That Albert J. Decorte, an original defendant herein, has died; that on February 13, 2020, the Judge for Division "E", 22nd Judicial District Court for the Parish of St. Tammany (in Case #2020-30107) signed a Judgment of Possession in the matter of "Succession of Albert J. Decorte" wherein Barbara Decorte Murphy was placed into possession as the sole legatee of the entire estate of Albert J. Decorte.

5.

That Murphy accepted the asset, debts and obligations of Albert J. Decorte without reservation or restrictions.

6.

That Murphy is now personally liable unto Petitioner for the actions and demands sued upon herein, all as may be shown at a trial of this cause.

7.

That Murphy be substituted in the place of the deceased Albert J. Decorte, as per law.

8.

That as previously asserted, the negligent actions/inactions of Snow/Gentry and/or Decorte were a direct cause of this accident and are now imputed to Murphy:

    A.    Operating the vessel in a reckless and careless manner;

    B.    Failing to properly moor the vessel;

    C.    Failing to see what they should have seen;

    D.    Negligently supplying a defective, unfit, unsecured and useless ship-to-shore

plank;

E. Failing to provide, maintain and secure the ship-to-shore plank;

F. Failure to warn invitees, such as Darby, as to the perilous use of the plank;

G. Failing to pay attention to the dangerous condition they created;

H. Creating a dangerous condition;

I. Any other act of negligence that may be shown at a trial of this cause;

J. Any other violation at law that may be shown at a trial of this cause.

9.

That as a result of the foregoing, Darby has sustained injuries, suffered losses, and special damages, all as will be shown at a trial of this cause.

10.

That legal interest be awarded petitioner from the date of accident until paid, or in the alternative, from the date of judicial demand until paid, all as to be determined by this Court.

**WHEREFORE,** petitioner, Judith M. Darby, prays that Barbara Decorte Murphy be served with the Original Petition and all Supplemental Petitions, cited to appear and answer the Original Petition and all Supplemental Petition, and that after all due proceedings be had, all defendants Barbara Decorte Murphy, Sadie A. Gentry, David G. Snow USAA General Indemnity Company, and American Strategic Insurance Company be cast in Judgment, jointly and in solido, in favor of petitioner and against all defendant in such an amount to be awarded by this Court, plus interest from judicial demand until paid as prayed for herein, plus all costs.  And for all general and equitable relief.

Respectfully submitted:

The Bezou Law Firm

*/s/ JACQUES F. BEZOU, JR.*

_____
Jacques F. Bezou (3037)
Jacques F. Bezou, Jr. (33728)
Erica A. Hyla (34603)
Sam J. Collett, III (36415)
534 East Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413

-and-

*/s/Robert A. Barnett*

_____
Robert A. Barnett, ALLC #2778
19370 Hwy. 36
Covington, La. 70434
504-722-1042

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to defendants' counsel by operation of the court's electronic filing system.

/s/ Jacques F. Bezou, Jr.