UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. DARBY | CIVIL ACTION |
| VERSUS | NO. 19-12622 |
| DAVID G. SNOW, ET AL. | SECTION: "J"(4) |

## SCHEDULING ORDER

A scheduling conference was held on January 27, 2021, by telephone.

PRESENT:  Jacques F. Bezou, Jr., Robert A. Barnett, Gregory S. Marsiglia, Philip A. Costa,  D. Bruce Cameron

Pleadings have been completed.  Jurisdiction and venue are established.

All pre-trial motions, including motions in limine regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **DECEMBER 15, 2021.  This Section adheres to Local Rule 78.1E regarding oral argument on motions.**  All other motions in limine shall be filed by **JANUARY 14, 2022,** and responses thereto shall be filed by **JANUARY 19, 2022.  Motions filed in violation of this order shall be deemed waived and not considered unless good cause is shown.**

**Counsel are advised that the court is receptive to requests for oral argument. Hearing dates for Section J may be found at www.laed.uscourts.gov.**

Counsel informed the court that Rule 26a disclosures have not been completed. They shall be exchanged by **FEBRUARY 10, 2021.**

Depositions for trial use shall be taken and all discovery shall be completed not later than **NOVEMBER 16, 2021.**

Amendments to pleadings, third-party actions, cross-claims and counter-claims shall be filed no later than **FEBRUARY 26, 2021.**

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry.

Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **SEPTEMBER 16, 2021.**

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **OCTOBER 15, 2021.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify on trial, and all exhibits that may or will be used, not later than **OCTOBER 15, 2021.**

The Court will not permit any witness, expert or fact, to testify or exhibits to be used unless there has been compliance with this Order as it pertains to the witness.

**THE COURT ENCOURAGES THE PARTIES TO DISCUSS POSSIBLE SETTLEMENT AT AN EARLY DATE.  IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE WITH EITHER THE DISTRICT JUDGE OR THE ASSIGNED MAGISTRATE JUDGE, COUNSEL SHOULD CONTACT CHAMBERS DIRECTLY.**

This case does **NOT** involve extensive documentary evidence.

A final pre-trial conference will be held before the District Judge on **DECEMBER 16, 2021 AT 3:00 P.M.**  Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

Trial will commence on **JANUARY 24, 2022 AT 8:00 A.M.,** before the District Judge **WITHOUT** a jury.  Attorneys are instructed to report for trial not later than 30 minutes prior to this time.  Trial is estimated to last **5** days.

Deadline or cut-off dates fixed herein may only be extended by the Court upon timely application and upon a showing of good cause. Continuances will not normally be granted.  If, however, a continuance is granted, deadlines and cut off dates will be automatically extended.

Dated at New Orleans, Louisiana, on January 27, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE