UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH DARBY | CIVIL ACTION |
| VERSUS | NO: 19-12622 |
| DAVID G. SNOW, ET AL. | SECTION: "J"(1) |

## ORDER

Considering the foregoing *Motion to Dismiss Party with Prejudice* **(Rec. Doc. 56)** filed by Plaintiff, Judith Darby,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims of Plaintiff against Albert Decorte and Barbara Decorte Murphy are hereby **DISMISSED with prejudice**, reserving rights to all other defendants, with each party to pay their own costs of court.

New Orleans, Louisiana, this 7th day of July, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE