UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH DARBY | CIVIL ACTION |
| VERSUS | NO: 19-12622 |
| DAVID G. SNOW, ET AL. | SECTION: "J"(1) |

## ORDER

Considering the foregoing *Motion to Withdraw as Counsel* **(Rec. Doc. 58)**,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed by Gregory S. Marsiglia, counsel for Defendant David G. Snow in the above-captioned matter, is hereby **GRANTED**. Gregory S. Marsiglia is hereby removed as counsel of record for Defendant Snow in the above-captioned matter.

**IT IS FURTHER ORDERED** that within thirty (30) days Defendant David G. Snow shall notify the Court whether he intends to enroll new counsel or proceed pro se in this matter. The Clerk of Court is ordered to serve notice of this Order directly on Defendant Snow at the following address:

> 2421 Royal Street
> New Orleans, Louisiana 70117
> Phone Number: 504-299-8815
> Email Address: davidlgasnow@hughes.net

New Orleans, Louisiana this 23rd day of September, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE