UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUDITH M. DARBY** | * | |
| *Plaintiff* | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2:19-CV-12622** |
| | * | |
| **DAVID G. SNOW, SADIE A. GENTRY,** | * | **JUDGE CARL J. BARBIER** |
| **ALBERT J. DECORT, USAA GENERAL** | * | |
| **INDEMNITY COMPANY AND ABC** | * | **MAG. KAREN WELLS ROBY** |
| **COMPANY** | * | |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR AN
EXTENSION OF TIME TO FILE WITNESSES AND EXHIBITS**

**MAY IT PLEASE THE COURT:**

Defendant, Sadie A. Gentry, submits this Memorandum in Support of her Motion For an Extension of Time to File In The Record Witnesses and Exhibits, for the following reasons:

The deadline for all parties to file in the record and serve upon opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used is October 15, 2021.

Counsel for defendant has suffered extensive damages to his home because of Hurricane Ida and was not able to live in it for a period of fourteen (14) days. Because he has had to deal with the problems of hiring contractors and repairing his residence, his law practice has been disrupted.

Moreover, counsel for the other defendant in this matter has recently withdrawn from representing the co-defendant. Many of the exhibits to be introduced were to be a joint effort. The present co-defendant is incapable of assisting in any manner because of his advanced age, memory

1

problems and health. Counsel must now undertake this effort alone.

Undersigned counsel certifies that he has contacted counsel for plaintiff, and he does not oppose this Motion.

Accordingly, Defendant respectfully requests this Honorable Court grant and extension of time of fourteen (14) days, or October 31, 2021 for all parties to file in the record and serve upon opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used.

Respectfully submitted,

*/s/Philip A. Costa*

PHILIP A. COSTA ( LA Bar 04428)
philipcosta@otbtlaw.com
650 Poydras St., Suite 1460
New Orleans, LA  70130
Telephone:  (504) 527-0700
Facsimile:  (504) 527-5111
COUNSEL FOR DEFENDANT,
SADIE A. GENTRY