UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH DARBY | CIVIL ACTION |
| VERSUS | NO: 19-12622 |
| DAVID G. SNOW, ET AL. | SECTION: "J"(1) |

## ORDER

Considering the foregoing *Motion for an Extension of Time to File in the Record Witnesses and Exhibits* **(Rec. Doc. 67)** filed by Defendant, Sadie A. Gentry,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all parties have until **October 31, 2021** to file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial.

New Orleans, Louisiana, this 14th day of October, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE