UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JUDITH M. DARBY                                                Civil Action No. 19-12622

    *Plaintiff*

VS.

DAVID G. SNOW, SADIE A. GENTRY,

ALBERT DECORTE,

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, JUDITH M. DARBY, who submits the following witnesses that she may call and exhibits that may be introduced at the trial of this matter:

## WITNESS LIST

1. Judith Darby (plaintiff)

2. David G. Snow (defendant)

3. Sadie A. Gentry (defendant)
   2421 Royal Street, New Orleans, LA 70116

4. Noel A. Brumfield (fact witness)

5. Robert Kochan (expert witness)
   Forensic Marine Investigations International
   2503 58th Street, Suite A, Hampton, VA 23661
   Tel. 800.224.3595

   Mr. Kochan's will testify to the matters set forth in his expert report dated September 24, 2021.

6. Any medical professional who rendered treatment, including but not limited to the following (numbered 7-15) below who will testify to Ms. Darby's injuries, medical treatment, and prognosis.

7. Ryan Bourn, EMT, Acadian Ambulance Services
   PO Box 92970, 130 E. Kaliste Saloom Road, Lafayette, LA 70509-2970
   Tel. 800.259.2222

8. Dr. Herbert R. Plauche, Orthopedist, Covington Orthopedic Sports Medicine Institute
   19343 Sunshine Ave, Covington, LA 70433

9. Jessica Carlson, NP, Covington Orthopedic Sports Medicine Institute
   19343 Sunshine Avenue, Covington, LA 70433

10. Kimberly Collins, Physical Therapist, Avala Hospital
    67252 Industry Lane, Covington, LA 70433

11. Dr. Ross Daray, St. Tammany Parish Hospital
    1202 S Tyler Street, Covington, LA 70433

12. Dr. Troy J. Davis
    St. Tammany Parish Hospital
    1202 S Tyler Street, Covington, LA 70433

13. Misty Carcabasis, LPN

14. Dr. Jash I. Patel, St. Tammany Parish Hospital
    1202 S Tyler Street, Covington, LA 70433

15. Ronald B. Clark, NP

16. Rosebeth Crowe, RN

17. Any expert witnesses identified by the Defendants

Plaintiff reserves the right to call any fact or expert witness identified by the defendants or revealed in pretrial discovery. Plaintiff reserves the right to call record custodians or other qualified witnesses as necessary to establish a foundation for the authentication and admission of any documentary evidence at trial. Plaintiff reserves the right to supplement this list to include witnesses to rebut the testimony of any witnesses whom any of the parties subsequently discloses.

Plaintiff reserves the right to call any fact witness listed above as an expert witness, as appropriate, to the extent permitted by applicable Rules of Evidence. Plaintiff reserves the right to call any witness listed by any other Party in this matter.

## EXHIBIT LIST

1. Any and all medical records of Plaintiff as they relate to this matter.
2. Any exhibit produced to Plaintiff by way of discovery.
3. Any exhibit produced to Defendants by way of discovery.
4. Any and all photographic evidence related to property damage.
5. Any and all photographic evidence related to the boat and the boat inspection.
6. Any and all exhibits listed or used by any other party in this proceeding.
7. Any and all evidence needed for impeachment or rebuttal purposes.
8. Any and all graphics and/or demonstrative evidence needed for trial and/or Dispositive Motions.
9. Any and all transcripts of depositions taken in this matter.
10. Any and all pleadings filed in this matter.
11. Any and all discovery Responses exchanged in this matter.

Respectfully submitted:
The Bezou Law Firm

 /s/ Jacques F. Bezou, Jr.
Jacques F. Bezou (3037)
Jacques F. Bezou, Jr. (33728)
534 East Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413

-and-

/s/ Robert A. Barnett
Robert A. Barnett (2778)
19370 Hwy. 36
Covington, La. 70434
Telephone: (504) 722-1042

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand, and/or by facsimile, and/or by electronic means on this, the 28th day of October 2021.

/s/ Jacques F. Bezou, Jr.
JACQUES F. BEZOU, JR.