# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUDITH M. DARBY** | * | |
| *Plaintiff* | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2:19-CV-12622** |
| | * | |
| **DAVID G. SNOW,   SADIE A. GENTRY,** | * | **JUDGE CARL J. BARBIER** |
| **ALBERT J. DECORT, USAA GENERAL** | * | |
| **INDEMNITY COMPANY AND ABC** | * | **MAG. KAREN WELLS ROBY** |
| **COMPANY** | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, Sadie A. Gentry, who submits the following witnesses that she may call and exhibits that may be introduced at the time of trial:

## WITNESS LIST

1. Judith Darby (plaintiff)

2. David G. Snow (defendant)

3. Sadie A. Gentry (defendant)

4. Harriet Heidi Lee Rice (fact witness)

5. Calvin Rice (fact witness)

6. Noel A. Brumfield (fact witness)

7. Any other witness (fact or expert) identified by any other party.

Defendant reserves the right to supplement this Witness List to the extent permitted by the

Local Rules and the applicable Rules of Evidence.

## EXHIBIT LIST

1.  Photo of David Snow and Sadie Gentry aboard Bird of Time taken from shore side during 2018 Madisonville Wooden Boat Festival.

2.  Photo of Calvin Rice aboard Bird of Time during 2018 Madisonville Wooden Boat Festival.

3.  Photo of David Snow sitting on port side aboard Bird of Time taken from shore side during 2018 Madisonville Wooden Boat Festival.

4.  Photo of David Snow, Sadie Gentry, and Calvin Rice aboard Bird of Time taken from port side during 2018 Madisonville Wooden Boat Festival.

5.  Photo of David Snow, Sadie Gentry and Calvin Rice aboard Bird of Time taken from port side during 2018 Madisonville Wooden Boat Festival with all parties facing camera.

6.  Photo of David Snow aboard Bird of Time and showing another boat docked to starboard side taken from shore during 2018 Madisonville Wooden Boat Festival.

7.  Another photo taken from a farther distance of David Snow aboard Bird of Time and showing another boat docked to starboard side taken from shore during 2018 Madisonville Wooden Boat Festival.

8.  Photo of Bird of Time showing name of boat on stern and placement of gangplank.

9.  Another photo of Bird of Time showing name of boat and placement of gangplank.

10. Plaque on Bird of Time showing poem.

11.  Boat Registration Form submitted to the 2018 Madisonville Wooden Boat Festival taking place

October 13 and 14, 2018.

12.  Letter approving application to the 2018 Madisonville Wooden Boat Festival.

13.  Boat Registration Form submitted to the 2017 Madisonville Wooden Boat Festival taking place October 14 and 15, 2017.

14.  Letter approving application to the 2017 Madisonville Wooden Boat Festival.

15.  Boat Registration Form submitted to the 2016 Madisonville Wooden Boat Festival taking place October 8 and 9, 2017.

16. Letter approving application to the 2016 Madisonville Wooden Boat Festival.

17.  Sixteen pages of notes recorded by David Snow in his boat log book regarding the Bird of Time.

18.  Partnership agreement between David Snow and Albert DeCorte dated 5/12/2016 regarding the Bird of Time.

19.  Mississippi Boat Registration Certificate for the year 2018 showing David Snow as the sole owner.

20.  Front and back of business card of Noel A. Brumfield.

21. Bill of sale of boat purchase by David Snow of Bird of Time (formerly named Summertime).

22.  Photo of Bird of Time from above looking down into boat.

23.  Tax returns of David Snow for the years 2017 and 2018.

24.  Any and all exhibits produced by the Plaintiff, Judith M. Darby, by way of discovery

25.  Any and all exhibits produced by the Defendant, David G. Snow, by way of discovery.

26.  Any and all exhibits produced by Defendant, Sadie A. Gentry by way of discovery.

27.   Any and all exhibits introduced at the depositions of any and all parties or witnesses.

Respectfully submitted,


/s/Philip A. Costa

PHILIP A. COSTA ( LA Bar 04428)
philipcosta@otbtlaw.com
650 Poydras St., Suite 1460
New Orleans, LA  70130
Telephone:  (504) 527-0700
Facsimile:  (504) 527-5111
COUNSEL FOR DEFENDANT,
SADIE A. GENTRY



CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand, and/or by facsimile, and/or by electronic means on this, the 30th day of October 2021.

/s/ Philip A. Costa

4