1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


JUDITH DARBY                          CIVIL ACTION

ORIGINAL

          PLAINTIFF

                                      NO. 19-12622

VERSUS

                                      JUDGE CARL J. BARBIER


                                      MAG. KAREN WELLS ROBY

DAVID G. SNOW, SADIE A. GENTRY,

ALBERT J. DECORTE, USAA GENERAL

INDEMNITY COMPANY AND ABC INSURANCE

COMPANY

          DEFENDANTS


          DEPOSITION OF JUDITH DARBY, 810 MAIN STREET,

MADISONVILLE, LOUISIANA  70447, TAKEN AT THE OFFICES OF THE

BEZOU LAW FIRM, 534 EAST BOSTON STREET, COVINGTON, LOUISIANA

70433, COMMENCING AT 10:00 ON OCTOBER 12, 2021.


APPEARANCES:


FOR PLAINTIFF JUDITH DARBY:

     THE BEZOU LAW FIRM

     (BY: JACQUES BEZOU, JR., ESQUIRE AND ROBERT BARNETT,

     ESQUIRE)

     534 EAST BOSTON STREET

     COVINGTON, LOUISIANA  70433


EXHIBIT
B

2

```
 1    APPEARANCES (CONTINUED):

 2

 3    FOR DEFENDANT SADIE A. GENTRY:

 4         OSTENDORF TATE BARNETT, LLP

 5         (BY: PHILIP A. COSTA, ESQUIRE)

 6         650 POYDRAS STREET, SUITE 1460

 7         NEW ORLEANS, LOUISIANA  70130

 8

 9

10

11

12    REPORTED BY:

13         LAUREN S. BREWSTER

14         CERTIFIED COURT REPORTER (#99001)

15         IN AND FOR THE STATE OF LOUISIANA

16                        *  *  *

17

18

19

20

21

22

23

24

25
```

3

1                    INDEX OF EXAMINATIONS

2

3    EXAMINATION                                PAGE

4      BY MR. COSTA. . . . . . . . . . . . . 5,95

5      BY MR. BEZOU. . . . . . . . . . . . .91

6

7

8                      INDEX OF EXHIBITS

9    D1. . . . . . . . . . . . . . . . . . .54

10     PHOTO

11   D2. . . . . . . . . . . . . . . .  61

12     PHOTO

13   D3. . . . . . . . . . . . . . . .  66

14     PHOTO

15   D4. . . . . . . . . . . . . . . . . . .67

16     PHOTO

17   P1. . . . . . . . . . . . . . . . . . .93

18     SKETCH

19

20

21

22

23

24

25

4

1               S T I P U L A T I O N

2          It is stipulated and agreed by and between

3     the counsel for the parties hereto that the deposition

4     of the aforementioned witness is hereby being taken

5     under the Federal Code of Civil Procedure, for all

6     purposes, in accordance with law;

7

8          All formalities, with the exception of the

9     reading and signing of the transcript by the witness,

10    are hereby waived.

11

12         All objections, except those as to the form

13    of the question and the responsiveness of the answer,

14    are hereby reserved until such time as this deposition,

15    or any part thereof, may be used or sought to be used

16    in evidence.

17

18                    *    *    *    *

19

20         LAUREN S. BREWSTER, Certified Court Reporter

21    in and for the Parish of Orleans, State of Louisiana,

22    officiated in administering the oath to the witness.

23                    *    *    *

24

25

5

```
 1                    JUDITH DARBY

 2                  810 MAIN STREET

 3            MADISONVILLE, LOUISIANA   70447

 4      after having been first duly sworn as a witness,

 5          was examined and testified as follows:

 6                       * * *

 7                     EXAMINATION

 8  BY MR. COSTA::

 9      Q    Good morning, Ms. Darby.  I'm Phillip Costa and I

10  represent Sadie Gentry who you filed a lawsuit against.

11  Have you ever given your deposition before?

12      A    Yes.

13      Q    How many times?

14      A    Once.

15      Q    For what purpose?

16      A    Divorce.

17      Q    Other than that?

18      A    No.

19      Q    How long ago was that?

20      A    1996, I think '96 or '97.

21      Q    Are you on any type of medication that might

22  hinder your memory?

23      A    No.

24      Q    Do you have any conditions that might hinder your

25  memory today?
```

6

1      A     No.

2      Q     We can go over just a few ground rules of a

3  deposition.  You know you are under oath today, correct?

4      A     Uh-huh (affirmative response).

5      Q     You are here on tell the truth about what

6  happened, okay?

7      A     Uh-huh (affirmative response).

8          MR. BEZOU:

9              Please say yes or no.

10          THE WITNESS:

11              Sorry.

12  BY MR. COSTA::

13      Q     When you answer a question, say yes or no.  Don't

14  shake your head or say uh-uh or uh-huh, because the court

15  reporter has to take down everything that you and I say and

16  she can't watch you and record us at the same time.  Also,

17  I'm going to ask that you wait until I finish the question

18  before you answer it, because sometimes the ending of a

19  question changes the whole meaning of the question.  Do you

20  understand?

21      A     Yes.

22      Q     Also, let's try not to talk at the same time

23  because, again, the court reporter has to take down

24  everything that we say, and if we both talk at the same

25  time, it's very difficult for her to do that, okay?

7

1      A     Okay.

2      Q     If you don't understand a question, please ask me

3   to rephrase it and I will.

4      A     Okay.

5      Q     Otherwise, I'm going to assume that you do

6   understand the question.

7      A     Okay.

8      Q     Let's start off by giving me your full name.

9      A     Judith Morgan Darby.

10     Q     Where do you live?

11     A     810 Main Street, Madisonville.

12     Q     What is your date of birth?

13     A     April 30th, 1949.

14     Q     And how long have you lived at 810 Main Street?

15     A     Since 1997, October or November, sometime in

16   there.

17     Q     And where did you live prior to that?

18     A     Immediately prior to that, I had an apartment in

19   Baton Rouge, but I was in Connecticut was where I actually

20   had lived before.

21     Q     When were you in Baton Rouge, what dates?

22     A     It was about ten months in 1997.

23     Q     Prior to Baton Rouge, where did you live?

24     A     One Cart Bridge, C-A-R-T B-R-I-D-G-E, Road in

25   Weston, Connecticut.

8

1       Q    How long did you live there?

2       A    I moved there in '85 from another house in Weston.

3       Q    Where were you born?

4       A    Ruston, Louisiana.

5       Q    And when did you move away from Ruston?

6       A    The winter of 1977.

7       Q    And where did you go from Ruston?

8       A    From Ruston?

9       Q    When you left Ruston, where did you go?

10      A    Greenwich, Connecticut.

11      Q    What did you do up in Greenwich when you left?

12      A    I was married, and while I lived there, I did some

13  substitute teaching at a junior high down the street.

14      Q    Okay.  And what year did you get married?

15      A    1971.

16      Q    And where was your husband from?

17      A    Ruston.

18      Q    Let me turn off my cell phone because I forgot to

19  do that.  Excuse me.

20           So your husband was from Ruston also?

21      A    Yes.

22      Q    Did you go to college?

23      A    Yes.

24      Q    Where?

25      A    Louisiana Tech.

9

1    Q    What year did you finish Louisiana Tech?

2    A    '71.

3    Q    What did you get a degree in?

4    A    History.

5    Q    You got a B.A. in history?

6    A    Uh-huh (affirmative response).

7    Q    Do you have any advanced degrees?

8    A    No.

9    Q    Do you have any specialty training?

10   A    Well, I went through LSU paralegal studies

11   program.

12   Q    When was that?

13   A    '97.

14   Q    What did your husband do when you were married,

15   what kind of occupation?

16   A    He was a commodities trader.

17   Q    And you have only been married once?

18   A    Yes.

19   Q    And, I guess, you gave your deposition in '96.  Is

20   that when you were divorced or after that?

21   A    Yes.  In Connecticut everything is settled and

22   then the judge decrees a divorce on all the property and

23   everything so there is a court proceeding, so yes.

24   Q    And then after you were divorced, you decided to

25   move back to Louisiana, is that what happened?

10

1     A    Yes.

2     Q    Do you have any children?

3     A    Yes.

4     Q    How many?

5     A    One.

6     Q    How old?

7     A    Oh, goodness.  She was born in '73.  She turned 48

8  this year, September.

9     Q    Where does he live?

10    A    She lives in Bridgeport, Connecticut.

11    Q    Did you give me your husband's full name?

12    A    William Dillard Darby.

13    Q    And what is your family name?

14    A    Morgan.

15    Q    Morgan?

16    A    Uh-huh (affirmative response).

17    Q    What is your present employment?

18    A    I'm a real estate agent, commercial department at

19  Coldwell Banker.

20    Q    How long have you been there?

21    A    2013.  I got my license, I think 2013, seven

22  years, six or seven years.

23    Q    And right prior to becoming a real estate agent,

24  what were you doing?

25    A    Well, let's see.  Well, I worked as a paralegal I

11

1    owned Pontchartrain and Beyond magazine. I did some

2    freelance work, photography and writing for Hot Boat

3    magazine. I was editor in chief of the Coast Guard

4    Auxiliary National magazine as a volunteer.

5        Q    Now, your photography, how long have you been

6    doing that?

7        A    Well, can you be more specific about that?

8        Q    Do you consider yourself a professional

9    photographer?

10       A    In what?

11       Q    Did you sell your photographs?

12       A    I do sell some photographs, yes.

13       Q    How long have you been doing that?

14       A    Well, Hot Boat bought photographs from me as a

15    freelance and I provided the photographs and I was paid for

16    an article in 2002, I guess, 2001 or 2002. It was an

17    overlap.

18       Q    So you were selling photographs to Hot Boat back

19    in 2001, 2002?

20       A    After I closed Pontchartrain magazine, I was able

21    to -- at the end of 2002, I was able to write more for Hot

22    Boat. So there were a few years in there that I would

23    freelance for Hot Boat.

24       Q    Where is Hot Boat out of?

25       A    Los Angeles, California.

12

1    Q    Do you know how long they have been in existence?

2    A    Hot Boat actually was started back in the '80s,

3  but they sold it to Flint Publishing in the late '80s, I

4  guess early '90s, and that was when they published it until

5  the Davidsons bought it back.

6    Q    Publishing as in Larry Flint?

7    A    Yes.

8    Q    Why is it called Hot Boat?  Do you know?

9    A    Because it provided a niche market for high

10  performance magazines, the high performance boating.  It was

11  an industry publication.

12    Q    Does it still exist?

13    A    No.

14    Q    When did it stop publishing?

15    A    2008.

16    Q    Now, do you have something called Shutter Fly?

17    A    What?

18    Q    Shutter Fly, is that familiar to you?

19    A    No.

20    Q    Do you publish on the Internet?

21    A    Do I publish?

22    Q    Do you put pictures on the Internet?

23    A    Yes.

24    Q    Under what name?  What is the website called?

25    A    What is my website called?

13

1     Q    Yes.

2     A    Dontkillmyweeds.com.  Dontkillmyweeds.com.

3     Q    That's where you put all your photographs?

4     A    No.  That contains some of my photographs.  I post

5  some on a website called Flicker and I put up -- I

6  contribute stock photography for four stock companies.

7     Q    Four stock companies?

8     A    Stock photography.

9     Q    What is stock photography?

10     A    There is no magazine or anything in there, I

11  suppose.  Okay.  You read -- what is a magazine name?  A

12  magazine, you get a magazine such as Vogue magazine.  The

13  editors of Vogue magazine buy rights to free stock

14  photography in order to publish it in their magazines.  It

15  could be any magazine, Gardening, Home and Gardening.  Could

16  be gun magazines, boating magazines.  It's called content

17  provision.  You sell to a stock company so the photograph

18  that you get has been cleared for rights and you can

19  distribute it.  You can publish it.

20     Q    And in 2020, did you make more money as a real

21  estate agent or as a photographer?

22     A    Neither one.

23     Q    If you had to choose one?

24     A    I invest in property.  I have rental property.

25     Q    Okay.  And where is your rental property?

14

1       A       Do you want the addresses?

2       Q       Yeah.  Well, tell me what cities.

3       A       Well, I have property in Mandeville.  I have

4    property in Ruston.  I have property in Madisonville.

5       Q       So that's your main source of income?

6       A       Yes.

7       Q       What percent of your income is by photography, do

8    you think, in a given year?

9       A       Probably .10 percent   .10 percent.

10      Q       What is your height and weight?

11      A       I'm about 5'2 and 155.

12      Q       Do you own any watercraft yourself of any type?

13      A       I have a canoe.

14      Q       How big is it?

15      A       15 feet.

16      Q       When was the last time you sailed it or you rode

17   in your canoe?

18      A       Three months ago.

19      Q       Who do you generally go canoeing with?

20      A       Nobody.

21      Q       So where do you load the canoe at?

22      A       At my pond.

23      Q       It stays permanently at your pond?

24      A       At my pond.

25      Q       Have you ever taken it out from your pond?

15

1    A    No.

2    Q    It's only in the pond?

3    A    It's a pond canoe.

4    Q    Any other type of watercraft?

5    A    No.

6    Q    Have you ever operated any watercraft?

7    A    I have, a sailboat.

8    Q    You have a sailboat?

9    A    I did.

10   Q    How long ago was that?

11   A    1999, maybe.

12   Q    Where did you keep the sailboat?

13   A    Mariner's Village Marina.

14   Q    Where is that at?

15   A    Well, it was in Mandeville.

16   Q    How long did you have your sailboat?

17   A    Ten months.

18   Q    You sailed it like the captain?

19   A    Uh-huh (affirmative response).

20   Q    So you know how to sail?

21   A    Yes.

22   Q    I don't know.  You are familiar with nautical in

23   terms of a boat nautical as far as directions are concerned?

24   A    Yes.

25   Q    In the last 20 years, how many boats have you been

16

1   aboard?

2        A     I have no idea.

3        Q     Would it be fair to say you have been on 20?

4        A     Uh-huh (affirmative response).

5              MR. BARNETT:

6                  You have to answer out loud.

7              THE WITNESS:

8                  Yes.  I'm sorry.

9   BY MR. COSTA::

10       Q     Have you ever been injured on a boat?

11       A     No.

12       Q     Have you ever suffered any type of injuries

13  before?

14       A     No.

15       Q     Never?

16       A     No.

17       Q     Have you ever made a claim for property damage?

18       A     No.

19       Q     You made out okay during the hurricane?

20       A     Oh, no.  That type of property damage?  No.  My

21  house flooded.

22       Q     When?

23       A     2005, I had a claim.  2012, in Hurricane Isaac, it

24  flooded inside.  And 2021, in Hurricane Ida, I flooded.

25       Q     Do you know David Snow, the person you sued?

17

1    A    Do I know him?  I know who he is.

2    Q    Prior to 2018, how many times had you met him?

3    A    Once.

4    Q    When was that?

5    A    2002.

6    Q    And how did you meet him?

7    A    I took his photograph for this magazine.

8    Q    What magazine is that?

9    A    This is Lake Pontchartrain and Beyond magazine.

10   Q    That's the magazine that you owned?

11   A    Yes.

12   Q    You took his photograph to put in that magazine?

13   A    I took a lot of photographs that day.  I took this

14 photograph.  It didn't get in the magazine.

15   Q    So the first time you met David Snow was in 2002?

16   A    Yes.

17   Q    To put him in that magazine?

18   A    Yes.

19   Q    Did you have any conversations with him back then?

20   A    No, none.

21   Q    Did you tell him that you would put him in the

22 magazine?

23   A    No.

24   Q    So do you know whether or not he knew his picture

25 was in that magazine?

18

1        A    No.

2             MR. BARNETT:

3                 Objection.

4             MR. BEZOU:

5                 She said his photo didn't make it into the

6             magazine.

7    BY MR. COSTA::

8        Q    It didn't make it into the magazine?

9        A    No.

10       Q    You took it for the magazine?

11       A    You take a lot of photographs.  It just didn't

12   happen to get in there.

13       Q    Do you know how old David Snow is?

14       A    No.

15       Q    Do you have any idea?

16       A    No.

17       Q    Older or younger than you?  What do you think?

18       A    Older.

19       Q    How much?

20       A    I don't know how old he is.  I'm sorry.

21       Q    Do you know Sadie Gentry?

22       A    No, except one occasion.

23       Q    What occasion was that?

24       A    October 2018.

25       Q    So that was the only time you met Sadie Gentry?

19

1     A     Yes.

2     Q     It wouldn't be unfair to say that you are not

3  really friends?

4     A     No.

5     Q     Did you know Albert Decorte?

6     A     No.

7     Q     Had you ever met him?

8     A     No.

9     Q     Do you know Harriett Heidi Lee or Heidi Lee?

10    A     No.

11    Q     Do you know Calvin Rice?

12    A     No.

13    Q     Who is Noel Brumfield?

14    A     He's a close friend.

15    Q     When did you first meet Noel Brumfield?

16    A     1999.

17    Q     Under what occasion?

18    A     He was working at Mariner's Village Marina and I

19  met him on the dock.

20    Q     What was he doing there?

21    A     He was parking boats and working at the marina,

22  cutting grass.

23    Q     Do you know what he does for a living now?

24    A     Well, he's not actually working now.

25    Q     When is the last time you saw him?

20

1     A    This morning.

2     Q    Under what occasion?

3     A    I spoke to him on the phone this morning.

4     Q    You spoke to him on the phone?

5     A    Uh-huh (affirmative response).

6     Q    Have y'all ever lived together?

7     A    No, not officially, never.

8     Q    Y'all have dated?

9     A    Yes.

10    Q    Were y'all dating during the time of the 2018 boat
11 festival?

12    A    Yes.

13    Q    You still date him today?

14    A    Yes.

15    Q    So isn't it true that the main purpose of you
16 visiting the Bird of Time on Saturday, October 13th, 2018 at
17 the Madisonville Wooden Boat Festival was to take his
18 picture?

19    A    No.

20    Q    No?

21    A    No.

22    Q    What was the purpose?

23    A    I was visiting the show and they had invited me to
24 come to their boat to take their picture, but I didn't go
25 there to take their picture.

1     Q    Why would they invite you to go take their

2  picture?

3     A    It was a social thing.  I had met them the night

4  before at the party, the captain's party, and had spoken to

5  Albert Snow and had a conversation with him and they joined

6  that conversation and they invited me to come to the boat

7  the next day.

8     Q    You just said that you spoke to Albert Snow?

9     A    To the three people, David Snow, Sadie Gentry and

10  Albert Decorte.  I met them at the captain's party the night

11  before on October 12th.

12     Q    Did you talk to David Snow prior to the captain's

13  party?

14     A    No.

15     Q    You didn't go down to the area where his boat was

16  docked and talk to him?

17     A    When?

18     Q    On Friday, October 12th?

19     A    No.

20     Q    You didn't tell him you wanted to take his picture

21  the next day?

22     A    No.  No.

23     Q    You didn't tell him that?

24     A    No.

25     Q    You didn't tell him that you wanted to come

1    Saturday morning because the light was better than Friday

2    evening to take his picture?

3        A    No.

4        Q    What were the weather conditions like on Friday,

5    October 12th?  Do you remember?

6        A    At the captain's party?

7        Q    And before it, the whole day?

8        A    I don't remember.  Was it rain?

9        Q    Was it raining?  Do you recall?

10       A    No.  I don't think.  I don't remember.  I don't

11   remember being wet at the captain's party.

12       Q    Who did you go to the captain's party with?

13       A    Noel was there.  I don't know.  A couple of other

14   neighborhood people, neighbors.  You kind of ride down there

15   on a shuttle together.

16       Q    You ride on a shuttle from where?

17       A    From my house.  It picked me up on Main Street in

18   front of my house.  We hopped in and we drove down there and

19   came back.

20       Q    So was the shuttle specifically to go to the

21   captain's party?

22       A    Yes.  The museum pays for it.

23       Q    What museum?

24       A    The Pontchartrain Basin Museum.  That's where the

25   captain's party was.

23

1    Q    So how did you pay for the captain's party to go

2  to it?

3    A    Noel volunteers down there and they gave him some

4  tickets.

5    Q    So the shuttle that you took was provided by the

6  captain's party?

7    A    By the museum.

8    Q    By the museum?

9    A    Yes.

10    Q    And how often does that shuttle run to the museum

11  to pick people up?

12    A    I have no idea.  It comes from somewhere up Main

13  Street, I guess, comes by my house, picked us up.  We were

14  standing out there waiting for it.  Then it drops you off.

15  Then it goes back.  It's a shuttle.  It goes back and forth

16  picking people up and dropping off.

17    Q    When did you first tell David Snow that you had

18  taken his picture before October 13th?

19    A    At the captain's party.

20    Q    You didn't tell him at any time before that?

21    A    No.

22    Q    How did you recognize him?

23    A    By his picture.

24    Q    What was he wearing the night of the captain's

25  party?

1       A    He had on the little cap.  I recognized the little

2  cap.  I recognized the beard.  He had a cane.  I recognized

3  him.  I took his picture one time.

4       Q    You recognized him from 16 years before?

5       A    Yes.

6       Q    And how long did you meet him in 2002?  How many

7  times did you meet him in 2002?

8       A    Where?  On the dock?  He was on his boat.

9       Q    Which boat?

10      A    It was one -- the boat was called China Doll and I

11  was on the seawall.

12      Q    Did you go aboard his boat?

13      A    No.

14      Q    What was going on at the time?

15      A    It was the Wooden Boat Festival.

16      Q    How many times have you been to the Wooden Boat

17  Festival between 2002 and 2018?

18      A    I don't go every year.  I don't know.  Six or

19  eight times, ten.

20      Q    When was the first Madisonville Wooden Boat

21  Festival you went to?

22      A    2002, maybe.  No, I'm sorry.  2000.  I didn't go

23  the first few years.  I was working.  2000.

24      Q    So did you see David Snow at the Madisonville Boat

25  Festival between 2002 and 2018?

25

1      A   I don't think so.

2      Q   So the first time after 2002 you saw David Snow

3  was on October 13, 2018?

4      A   Yes.

5      Q   When you saw David Snow at the captain's party,

6  who were you with?

7      A   No one.

8      Q   Where was your friend Noel?

9      A   Somewhere else.  I don't know.

10     Q   Who was he with?

11     A   Who, David Snow?

12     Q   David Snow?

13     A   No one.

14     Q   He was alone?

15     A   He was standing alone not far from me.

16     Q   What was he doing?

17     A   Nothing, standing there.

18     Q   Who approached whom?

19     A   I approached him.

20     Q   What did you tell him?

21     A   I said -- I said, "You have no idea who I am, but

22  I never forget a face.  I photographed you and I remember

23  you from -- I took your picture on a boat.  I don't remember

24  the name of it, but I remember I took your picture in 2002

25  for Pontchartrain magazine."

26

1    Q    Then what happened?

2    A    He started chatting about -- we were trying to

3 remember the name of the boat, and I couldn't remember what

4 it was. He sort of remembered it. He said, "Yeah, it was a

5 sailboat," and we chatted for maybe 20 seconds. He asked me

6 what I was doing. And I don't remember. It was a brief

7 conversation.

8    Q    Then what happened?

9    A    Ms. Gentry and Mr. Decorte came rushing up. I

10 guess they were waiting for the shuttle. They came into the

11 conversation abruptly.

12    Q    You said they were waiting for the --

13    A    I think we were all out from under the building.

14 The party was underneath the building and it spilled out

15 into the front where people go and wait for the shuttle.

16    Q    So he was waiting for the shuttle to leave?

17    A    I suppose so.

18    Q    Were you leaving also?

19    A    I was going to leave then, sure.

20    Q    On the shuttle?

21    A    Yeah. It was like 9:30, 10:00.

22    Q    Did y'all get on the shuttle together?

23    A    No.

24    Q    Who got on first?

25    A    I don't know. I have no idea.

27

```
1        Q    So the total conversation took place while y'all
2   were waiting for the shuttle?
3        A    Yes.
4        Q    Not inside during the party?
5        A    No.
6        Q    You never saw him inside during the party?
7        A    Nope.
8        Q    And tell me the conversation, how it went.
9        A    Well, it started just like that, after a few
10  seconds, I couldn't remember the name of the boat.
11  Ms. Gentry and Mr. Decorte came abruptly rushing into the
12  conversation and pretty well took over the conversation
13  telling me about their new boat, they had bought a new boat,
14  they were here at the festival with their new boat.
15       Q    Mr. Decorte told you that?
16       A    All three of them discussed their new boat.
17       Q    It's your testimony today that Ms. Gentry took
18  over the conversation from David Snow?
19       A    Yes, most definitely.
20       Q    What were the wind conditions on the day of
21  October 13th, 2018?
22       A    I don't remember.  I don't know.  I don't remember
23  windy, calm.
24       Q    How far from the shore was the Bird of Time docked
25  on October 13 of 2018?
```

28

1      A      I never measured it.  It was farther than I could

2    reach.

3      Q      Do you know how far you could step, how far your

4    steps are?

5             MR. BEZOU:

6                   Object to form.  You can answer if you

7             understand.

8             THE WITNESS:

9                   I never measured my steps, honestly.

10   BY MR. COSTA::

11     Q      So describe the stern of the boat on October 13th,

12   2018.

13     A      Describe the stern of the boat?

14     Q      Yeah.  Was anything on the stern?

15     A      Ms. Gentry was at the stern.  Mr. Snow was on the

16   rear quarter at the edge of the back side corner, that would

17   be my left-hand side, sitting on something, a stool or

18   something.  I don't know.

19     Q      What's the left-side of the boat called?

20     A      That was port wine, so it's port, four letters,

21   port and then starboard.

22     Q      What is the rear of the boat called?

23     A      The stern.

24     Q      And the front?

25     A      The bow.

29

1    Q    Who else was on the boat when you approached that

2   day?

3    A    I don't think I saw anybody else on the boat.  It

4   was just the two of them.

5    Q    Only the two of them?

6    A    Yes.

7    Q    So when you approached the boat, were you

8   approaching from the port side or the starboard side?

9    A    When I?

10    Q    When you walked -- where were you coming from when

11   you were approaching the boat prior to your fall into the

12   water?

13    A    Which direction was I coming from when I walked up

14   to the boat?

15    Q    Yes.

16    A    I don't know.  I think I walked down from the

17   north end of the mall there down.

18    Q    What side of the boat is that?  The north end?

19    A    It would have been on the port side.  I guess the

20   left-hand side.

21    Q    Left-hand side?

22    A    I came down, the people all crowded through there,

23   but I saw the name of the boat.

24    Q    So how did you know where the boat was docked?

25    A    They told me.

30

1      Q    So you were coming from the port or left-side of

2  the boat approaching it?

3      A    Down the walkway there, the grass.

4      Q    You were on the grass?

5      A    Sure.

6      Q    And did you see a plank or a gang plank leading

7  from the shore to the boat?

8      A    Yes.

9      Q    What side of the boat was the gang plank on?

10     A    I don't know.  It was towards the middle-ish, I

11 guess.

12     Q    It was towards the middle?

13     A    It's not all that wide, I remember.  So yeah, it

14 was towards the stern.

15     Q    And you only saw two people on the boat?

16     A    At that time, yes.

17     Q    What other time did you see people on the boat?

18     A    I think some other people, maybe two people, two

19 other people were on the boat, but they were not up by the

20 stern, I don't think.  I would have noticed.  I would have

21 been able to see them if they were on the stern.  I think

22 they were in the back somewhere.

23     Q    You mean toward the --

24     A    Behind up the boat is a walk around.  You could

25 walk up each side of the cabin.  I think they were somewhere

31

1   back behind the stern of the boat in that walkway area.

2       Q    Hold on.  You said they were around the stern of

3   the boat?

4       A    They were past the stern of the boat.  They were

5   behind -- Mr. Snow was at the corner and I think they were

6   in a shadow of it back behind him somewhere.

7       Q    Would you say Mr. Snow was on the port or

8   left-hand side corner?

9       A    Yep.

10      Q    Back?

11      A    Sitting kind in that corner there.

12      Q    And Ms. Gentry was on the right?

13      A    She was in the middle.

14      Q    In the middle?

15      A    She was up and down through the middle.

16      Q    What do you mean up and down?

17      A    She was walking back and forth.  She was animated.

18  She was talking and gesturing to people.

19      Q    To whom?

20      A    I don't know who they were me.  I don't remember

21  the other people.

22      Q    People on the shore or people on the boat?

23      A    No.  No.  People on the shore, people walking by.

24      Q    Did you see Ms. Gentry's movements at the party,

25  her walking?

32

1      A    No.

2      Q    The way she could walk?

3      A    No.

4      Q    You say she pushed up to y'all?

5      A    While we were standing up front, yeah.

6      Q    Did you see her walking towards you?

7      A    No.  I didn't pay attention to her.  I didn't know

8  who she was.

9      Q    When she came up to you, did she introduce

10 herself?

11     A    Yes.

12     Q    What did she say?

13     A    She said -- I think she introduced herself as --

14 or he introduced her as Sadie Gentry and Mr. Decorte.  There

15 was an introduction.

16     Q    Did you shake her hand?

17     A    I don't think so.

18     Q    Did you see her hands?

19     A    No.

20     Q    Did you notice anything peculiar about her body

21 movements?

22     A    No.  I think they had too much to drink, but

23 otherwise, no, nothing peculiar.

24     Q    Did you notice anything peculiar about her body

25 movements when she was on the boat?

33

1      A    No.

2      Q    But you could see her when you were approaching

3  the boat from the left-hand side?

4      A    Yes.

5      Q    And you never saw anybody else on board?

6      A    There may have been two people standing in the

7  shadow area back behind Mr. Snow.  I don't know who they

8  were.

9      Q    So now you are approaching the boat?

10     A    Uh-huh (affirmative response).

11     Q    Where is your camera?

12     A    Around my neck.

13     Q    It's around your neck?

14     A    Yes.

15     Q    It's not in your hand?

16     A    No.

17     Q    Did you have any purse with you?

18     A    No.

19     Q    How were you dressed?

20     A    Jeans, sneakers, T-shirt.

21     Q    What type of sneakers were you wearing?

22     A    I don't remember.  They were Nike or something.

23  Adidas.  I don't know.  Just sneakers.

24     Q    You had no purse?

25     A    No.

34

1      Q      And your camera was around your neck?

2      A      Yes, and my glasses were around my neck.

3      Q      And then as you approached the boat, did you see

4   how to get on?

5      A      Was I looking for that?

6      Q      Yes.

7      A      No.

8      Q      What were you looking for?

9      A      I was speaking to her, to Ms. Gentry.

10      Q      You spoke to --

11      A      I spoke to her first.

12      Q      Before you went into --

13      A      I don't remember who spoke to who first, but I

14   acknowledged them as I walked up to them.  I said, "Hello."

15      Q      You did not see Ms. Gentry talking to another

16   person on the boat when you walked up?

17      A      No.

18      Q      So then you walked -- so as you approached the

19   boat, what happened?  Tell me what happened.

20      A      I have.  We spoke back and forth.  I don't know

21   who spoke to who first.  I said, "hello," and they said,

22   "hello," and I said -- we chatted about the boat.  I saw the

23   boat.  I said, "Nice boat."  Pleasantries, courteous

24   pleasantries.

25      Q      Where were you standing during this chat?

35

1    A    In the grass.

2    Q    And no one else on the boat acknowledged you?

3    A    I may have spoken to Mr. Snow.

4    Q    No one else besides Ms. Gentry or Mr. Snow?

5    A    No, I don't remember anybody.

6    Q    You were standing in the grass?

7    A    Yes.

8    Q    And did you say, "Can I take your picture?"

9    A    No.

10   Q    You were there to take his picture, but you didn't

11   take his picture from the shore?

12   A    No.

13   Q    No?

14   A    No.

15   Q    You never raised your camera to take the picture?

16   A    Raised my camera like that (indicating)?

17   Q    Yeah.  Did you take a picture before you went --

18   A    No.

19   Q    No?

20   A    No.

21   Q    Did you attempt to take a picture before?

22   A    No.

23   Q    You were there to take a picture, but you didn't

24   take a picture?

25   A    I did not go there to take their picture.

36

1      Q     You didn't?

2      A     No.

3      Q     What was your purpose of going there?

4      A     It was a pleasantry.  I had spoken to them the
5  night before.  They suggested very animatedly that I would
6  please come by the next day and take their picture on the
7  new boat, all of the owners together, they described
8  themselves as owners, and I would come by the next day and
9  take their picture.  I went by the boat, but I had this
10 camera.  I would not take their picture with this camera as
11 it was.  I would not take their picture with this camera.  I
12 suggested that we come back the next day.

13     Q     Sunday?

14     A     Yes.

15     Q     What type of camera is that?

16     A     This is a Vivitar V 335 and it had this little
17 Nikon lens on it.

18     Q     You are able to hold that camera in one hand?

19     A     No.  You have to hold the camera like that
20 (indicating).  Actually, you put your hand under it like
21 that to hold it.

22     Q     How much does that camera weigh?  Do you know?

23     A     How much does it weigh?

24     Q     Yeah.

25     A     I don't know.  I'm terrible with that sort of

37

```
 1   thing.  With a lens on it?
 2              MR. BEZOU:
 3                   You don't have to guess.  If you know, you
 4              know.  If you don't, you don't.
 5   BY MR. COSTA::
 6       Q    How wide do you think that camera is?
 7       A    Six or eight inches, seven inches.
 8       Q    What is the height of it?
 9       A    Three.
10       Q    What's the width?
11              MR. BEZOU:
12                   The depth?
13              THE WITNESS:
14                   With the lens?
15              MR. COSTA:
16                   Yeah, with the lens.
17              THE WITNESS:
18                   Five inches.
19   BY MR. COSTA::
20       Q    Does that lens extend out when you take a picture?
21       A    No.
22       Q    When you take a picture, does that camera cover
23   your whole face?
24       A    Yes.  It's a film camera.
25       Q    So let me get this straight.  I think you
```

1  testified the night before you said that y'all talked about

2  you taking Mr. Snow's picture in 2002?

3      A    Yes.

4      Q    And you did not tell him, "I'm coming tomorrow to

5  take your picture"?

6      A    No.

7      Q    Did you tell him --

8      A    They invited me to come and take their picture.

9  They insisted that I come and take their picture, all three

10  of them together on their boat.

11      Q    The next day?

12      A    Yes.

13      Q    But you didn't go there and take their picture?

14      A    No, I didn't.  I didn't intend to take their

15  picture that day.

16      Q    You never, ever told them that, "I'm coming -- any

17  time Friday, "I'm coming to take your picture tomorrow

18  because the light will be better"?

19      A    No.

20      Q    And you never saw Mr. Snow before the captain's

21  party?

22      A    No.

23      Q    You never visited him at the dock?

24      A    Never.

25      Q    Where were you coming from before you went to the

1   boat?

2        A    Probably home.

3        Q    How did you get from your house?

4        A    I walked.

5        Q    How far do you live?

6        A    A block.

7        Q    And you had decided not to bring your camera to

8   take their picture that day?

9        A    No.  I had the camera around my neck.

10       Q    Right.

11       A    I had -- before walking, I came from my house,

12  there was some distance between where I would have come out

13  at the intersection to get to their boat.  There was some

14  other boats in between.  I may have shot some pictures along

15  there.  I don't know.

16       Q    But it wasn't your intention to take their picture

17  that day?

18       A    Their picture of that boat?  No, not at all.

19       Q    When did you decide to take their picture on a

20  Sunday?

21       A    I told them at the boat that the light was bad,

22  that this camera does not have a dependable meter on it.  It

23  was too dark.  The sun was down behind the tree.  I would

24  come back the next day with my Nikon and I would shoot their

25  picture with my Nikon, which is a professional camera.

40

1    Q    But you had taken other pictures that day?

2    A    Yes.

3    Q    With that camera that you have now?

4    A    Yes.

5    Q    But you elected not to take their picture with it?

6    A    That is not the purpose of this camera.  This is

7   not for a portrait picture.  It's not a camera that anyone

8   would want their picture taken with.  It wasn't film that

9   anyone would want their picture taken with.

10   Q    Okay.  So as you are approaching the boat now, you

11  have your camera around your neck?

12   A    Uh-huh (affirmative response).

13   Q    Not in your hand?

14   A    No.

15   Q    And what part of the plank did you first step on?

16   A    The part that was on the seawall.  It was laid on

17  the seawall.

18   Q    Then what happened?

19   A    I made one step off of the plank on to the --

20  which would have been over the water and the plank collapsed

21  into the water.

22   Q    Did you see what is called a piling anywhere near

23  the shore?

24   A    A piling?

25   Q    Yes.

41

1      A    Near the shore?

2      Q    Yes, near the plank, specifically?

3      A    No.  There are pilings all up and down there.

4  There is dozens of them.

5      Q    Did you notice where the boat was tied to?

6      A    The boats are tied to pilings, yes.

7      Q    Was that boat tied to a piling, that you recall?

8      A    Yes.

9      Q    How close to the piling was the plank?

10     A    I don't know.

11     Q    So you made one step from the seawall on to the

12  plank.  Well, you were standing on the plank on top of the

13  seawall?

14     A    Yes.

15     Q    Then you took one step?

16     A    I stepped and it collapsed.

17     Q    It collapsed?

18     A    As soon as my weight went on it.

19     Q    You were looking down?

20     A    I was looking where I was going to step.

21     Q    Right.  And did you see how much of the plank was

22  over the stern of the boat?

23     A    No.

24     Q    No, you didn't pay attention to that?

25     A    No.  I was looking where I was going to put my

42

1    foot.

2         Q    Correct.  How many times have you walked on to a

3    boat before that day?

4         A    I don't know.

5         Q    And you were not looking to see whether or not the

6    plank was securely resting on the stern of the boat?

7         A    No.

8         Q    You didn't think about doing that?

9         A    I had no reasonable expectation that it was not

10   attached to the boat.

11        Q    So you stepped on it and it went --

12        A    Immediately, it fell and collapsed under my

13   weight.

14        Q    Then what happened?

15        A    I went to the bottom, I guess, or somewhere close.

16        Q    Did you hit the bottom?

17        A    Honestly, it was so sudden and so unexpected and

18   so shocking and so scary, that I don't know whether -- I

19   thought it seemed to be a very long time that I was going

20   down and I came back up.  I was pretty sure I was coming up

21   rather than staying on the bottom.  That was my fear, that I

22   was heavy and I was going to stay at the bottom.

23        Q    So did your feet touch the bottom?

24        A    I don't know.  I may have kicked off of something

25   down there.  I knew that I was coming back up.  But it was

43

1   black.  Everything, it was just total black.  I was

2   underneath the boat.

3       Q    Did you come up -- how did you come up?

4       A    I came up underneath the boat.

5       Q    Where were your hands when you came up?

6       A    Grasping and trying to orient myself to know

7   whether I was up, down and where anything was.  I was trying

8   to feel for something that I could identify and know which

9   direction to go.

10      Q    When you fell into the water, what part of your

11  body hit first?

12      A    My feet.

13      Q    Your feet fell into the water?

14      A    I went stright down.

15      Q    And as you were coming up, where were your hands?

16      A    Like that (indicating) trying to find something.

17      Q    Was anything in your hands?

18      A    No.  No.  I was trying to figure out where I was.

19      Q    Where was your camera?

20      A    Around my neck, and my glasses were around my

21  neck.

22      Q    You did not try to lift your camera out of the

23  water?

24      A    After I came to the surface, I was underneath the

25  boat.  I figured out that I was under the boat, and if I

44

1   turned around, I could see it was light.  So I pulled out

2   from under there.  I felt the top of the boat.  I felt the

3   concrete.  It was closed in.  The boat had come a little

4   closer.  I think it came in and I could feel concrete.  I

5   could feel the boat.  As soon as I put my arm up, somebody

6   grabbed it, and at some point, I took my camera off and

7   somebody took it.

8       Q     Was that a male or a female?

9       A     I don't know who took the camera.

10      Q     How many people grabbed you that day?

11      A     One guy that was on the seawall grabbed me and he

12  couldn't lift me out by himself, so a friend of his, I

13  guess, or somebody, another person, I don't know who they

14  were, helped him get me out.

15      Q     Did anybody from the boat grab you?

16      A     No.

17      Q     Nobody?

18      A     Not that I know of.  The only two people that were

19  there were the people that were pulling me out from the

20  seawall.

21      Q     No female from the boat grabbed you?

22      A     No.

23      Q     No female from the boat took your camera?

24      A     Not that I know of.  I don't know who took the

25  camera.  I honestly have no idea how the camera -- after it

45

1  came off my neck, I don't know what happened to it.

2       Q    Okay.  After you were pulled out of the water,

3  were you pulled on to the boat or on to the shore?

4       A    On to the shore.

5       Q    How many people helped you on to the shore?

6       A    Two.

7       Q    What did you do after you got to the shore?

8       A    Somebody gave me a chair and I sat down in the

9  chair in the grass and somebody came up with a towel, and I

10 sat there and waited for Noel to come and help me get home.

11      Q    Did any woman speak to you when you were on the

12 shore after you fell in the water?

13      A    I think Ms. Gentry handed me the camera, because I

14 remember she was -- I remember she was going like this

15 (indicating) with the camera, telling me that the water

16 would get out of it and it would be fine.

17      Q    Describe what you just did to the court reporter.

18      A    She was -- I was sitting here and she was standing

19 up here and she was shaking the camera, like she was -- I

20 don't know what you call it.  She was shaking the camera

21 like that and kept telling me that water would come out of

22 it, it would be fine.

23      Q    Did anyone identify themselves as a doctor?

24      A    No.

25      Q    Did anybody examine you while you were sitting on

46

1    the shore?

2         A    No.  I looked at my leg myself and it was bleeding

3    and I was very concerned about that.  I had no other thought

4    but I needed to get home.  No one examined my leg, that I

5    know of.

6         Q    How did you get home?

7         A    Noel came, helped me stand up.  Somebody there

8    helped me stand up and he helped me hobble home.

9         Q    So you walked home?

10        A    Yeah.

11        Q    Noel came while you were on the shore?

12        A    Yes.

13        Q    Do you know whether or not Noel went back to the

14   boat after he brought you home?

15        A    I don't know.

16        Q    Do you know whether or not Noel -- you don't

17   remember Noel going back to the boat?

18        A    No.  When I got home, I took a shower.  I was

19   extremely concerned about my leg injury, both of them.  When

20   I got out of the shower, I put on some bed clothes and I

21   laid in the lounge chair and I may have drank a Coke or

22   something.  It was a fog.

23        Q    Did Noel stay with you?

24        A    No.

25        Q    He left?

47

1    A    Yeah.  I don't know where he went.

2    Q    He wasn't concerned about your condition?

3    A    Yes.

4    Q    But he left you?

5    A    Yes.

6    Q    Do you know where he went?

7    A    No.

8    Q    Did you tell anybody when you were on the shore

9 after you fell in the water that you were embarrassed?

10    A    No.

11    Q    You never told anybody that?

12    A    No, I wasn't embarrassed.

13    Q    You didn't tell anybody, "I will be okay"?

14    A    I don't remember anything that I said sitting on

15 the shore.  I don't think I said anything to anybody.  I

16 think I just sat there in an absolute shock, just dazed.

17    Q    No one examined you?

18    A    Not that I know of.  Nope.

19    Q    And you don't recall someone from the boat holding

20 you trying to get you out of the water?

21    A    No.

22    Q    So when you approached the boat before you fell in

23 the water, how much higher than the boat were you?

24    A    Say that again.

25    Q    How high were you when you approached the boat?

48

1           MR. BEZOU:

2               Object to form.  If you understand what he's

3           asking, you can answer, or you can ask him to

4           rephrase the question.

5           THE WITNESS:

6               You better rephrase that.

7    BY MR. COSTA::

8           Q    So you are approaching the boat, correct?

9           A    On the grass.

10          Q    And you see Ms. Gentry and Mr. Snow in the boat?

11          A    Uh-huh (affirmative response).

12          Q    How high was your head compared to their heads?

13   How much higher were you than them?

14          A    Well, they were in the boat and the boat was in

15   the water, so probably a little bit.  I don't know.  I

16   wasn't paying attention to that.  It was like, "Why would I

17   watch that"?

18          Q    When you stepped on the plank, you were walking

19   yourself across?

20          A    Yes.  I intended to do that.

21          Q    You intended to walk yourself across?

22          A    Yes.

23          Q    But as you stepped on the plank, it just fell?

24          A    It did just like that (indicating) straight down.

25          Q    Nobody on the boat attempted to help you get on

49

1   the boat?

2       A    No.  Ms. Gentry -- before I got -- before I fell,

3   she was standing in front of her plank beckoning me to come

4   on.  She was pulling at me to come and get on the boat.

5       Q    But she never extended her hand to you?

6       A    It was like this (indicating).

7           MR. BARNETT:

8                You have to describe that.

9           THE WITNESS:

10                She was -- both arms were sort of

11               outstretched and she was using her fingers and her

12               wrists to beckon me to come on to the boat.  She

13               was standing immediately over her plank.

14  BY MR. COSTA::

15       Q    What do you mean over her plank?

16       A    She was in the boat standing on the floor of the

17  boat.  The plank was on the outside of the boat on this

18  little edge and she was standing there going like this

19  (indicating).

20       Q    Telling you to come on?

21       A    Yes.

22       Q    But not handing you her hand for you to grab?

23       A    No.

24       Q    She was not there to grab, it was just saying,

25  "Come on"?

50

1      A    "Come on.  Come on," like that.  There was alcohol

2  involved.  I mean, she was --

3      Q    How do you know there was alcohol involved?

4      A    I think there was a lot of drinking.

5      Q    How do you know that?

6      A    I don't know that.  I assume that.

7      Q    So you have no way of knowing whether there was

8  alcohol involved?

9      A    It was very animated.

10     Q    That's your speculation?

11     A    Uh-huh (affirmative response), animated.

12     Q    You are speculating that she's an animated person?

13     A    She was being very animated at the time with this

14  business.

15     Q    Let me ask you a direct question:  Do you know

16  that Ms. Gentry suffers from Parkinson's?

17     A    No.

18     Q    You had no idea that her movements were those of a

19  person suffering from Parkinson's?

20     A    No, never.

21     Q    Never?

22     A    Never.  I didn't know her.

23     Q    You sure it wasn't the other lady in the boat

24  telling you to come on?

25     A    I'm positive that the lady that was going like

51

1   this (indicating) beckoning me to come on her boat was the

2   same lady that I spoke to the night before who invited me to

3   come on her boat. She was with Mr. Snow and Mr. Decorte.

4   The three of them introduced themselves and invited me,

5   insisted that I come to their boat the next day. And that's

6   the same person that was beckoning me to come on the boat.

7        Q    Isn't it true that you have no evidence that

8   Ms. Gentry placed that plank from ship to shore?

9        A    I don't know who placed the plank.

10       Q    So you don't know?

11       A    I don't know who placed it, no.

12       Q    You have no evidence that Ms. Gentry even directed

13  anybody to place that plank from ship to shore?

14       A    I don't know that she did or didn't.

15       Q    So you have no evidence?

16       A    No.

17       Q    And the only time that you saw Ms. Gentry before

18  you stepped on that plank was when she was leaving the party

19  getting on to the shuttle?

20       A    We were waiting for it to come in, yes.

21       Q    So how long were y'all in each other's presence?

22  Less than two minutes?

23       A    Three or four, maybe.

24       Q    No more than four?

25       A    No.

52

1      Q      That was it?

2      A      That was it.

3      Q      You have no evidence that Ms. Gentry had anything

4  to do with tying that boat to the shore?

5      A      No evidence that she did or didn't.

6      Q      You have none?

7      A      No.

8      Q      You have no evidence that she even motored or

9  drove the boat to that area?

10     A      No.

11     Q      You have no evidence that she had anything at all

12 to do with the plank?

13     A      Except that she was motioning me to step on it.

14     Q      But you have no evidence that she knew anything

15 about the plank, its condition?

16     A      Only what I observed.

17     Q      You have no evidence -- do you know how she got on

18 to the boat?

19     A      I have no idea.

20     Q      Do you know how Mr. Snow got on to the boat?

21     A      No.

22     Q      Do you know how anybody that day got on to the

23 boat?

24     A      Nope.

25     Q      But you have no evidence that she knew that the

53

1  plank was perilous?

2       A    I don't know whether she did or didn't, but she

3  was standing over it looking at it.

4       Q    So then it's your assumption that she thought the

5  plank was safe to walk across?

6       A    Uh-huh (affirmative response).  Yes.

7       Q    How many steps do you think it would have taken

8  you between the shore and the boat to cross it?

9       A    How many steps?  Three or four.  I couldn't reach

10 her.  I couldn't reach my arms.  I don't know how long my

11 arm is.  I couldn't reach her.  So it could have been three

12 or four steps before I would have reached the stern, maybe.

13      Q    So from the shore line to the stern was three or

14 four of your steps?

15      A    From the seawall?

16      Q    Yeah.

17      A    Out, it would have been three or four full steps,

18 yeah.

19      Q    And your intention was to walk across those three

20 or four steps without holding on to anything?

21      A    There was nothing to hold on to, that I know of.

22      Q    Now, you say you walked to the boat from the

23 left-side of it, correct?

24      A    Probably.

25      Q    Do you recall -- you don't recall -- do you recall

55

1          MR. BARNETT:

2               Phil, are you representing this is a picture

3          on the day of?

4          MR. COSTA:

5               I'm representing that is a picture on the day

6          of, right.

7          THE WITNESS:

8               No.

9  BY MR. COSTA::

10     Q    No?

11     A    No.  Because she was standing -- she was walking

12  back and forth across the back of the boat across the stern.

13  She was free to walk from side to side.  Yeah.  She was

14  sitting back over here.  The other two people might have

15  been back in there somewhere.

16     Q    Back in where somewhere?

17     A    Back behind -- I don't know, in the shadow back

18  there somewhere.

19     Q    When you say back, you mean forward?

20     A    Forward of the stern, but I couldn't identify it.

21          MR. BARNETT:

22               She's saying at the bow, Phil.  Is that where

23          she's pointing, in the shadow of the bow?

24          THE WITNESS:

25               No.  How to describe it.  Back in here

56

1          somewhere (indicating).

2          MR. BEZOU:

3              Do you want to have her mark it?

4          MR. COSTA:

5              Hold on a second.

6          THE WITNESS:

7              They were not out front.

8          MR. COSTA:

9              So --

10         MR. BARNETT:

11             You have to help us, bow, stern.

12         MR. BEZOU:

13             Thank you.

14  BY MR. COSTA::

15     Q    I was going to say that.  So what you are saying

16  is that the -- so you don't know that there were two other

17  individuals?

18     A    I think there were two other people.

19     Q    Now you are saying you think?

20     A    I think there were.  I think there were two other

21  people.  I could not see them clearly.  I could not identify

22  them.  They played no part, that I know of, in directing

23  anything.  There were two other bodies standing back there

24  somewhere.

25     Q    So you are saying there were four people on the

57

1   boat when you approached?

2       A   I think so.

3       Q   Not more than four?

4       A   I don't remember seeing more than four.

5       Q   But you are sure there were four?

6       A   Yeah.

7       Q   There was at least four people on the boat?

8       A   I think so.

9       Q   And who is that?  Do you recognize on D1 in the

10  picture?

11      A   I'm sorry, you are asking me what?

12      Q   D1, the gentleman sitting with his back, who is

13  that?

14      A   I can't identify him from the back.

15      Q   You don't know?

16      A   No, I can't identify him from the back.  It's a

17  terrible photograph.

18      Q   Okay.  But you don't recognize him.  In relation

19  to that gentleman in the picture, where was Mr. Snow?

20      A   About that same spot.

21      Q   The same spot?

22      A   Maybe a little closer to the stern.  But yeah, he

23  was back there.  He was sitting on something.

24      Q   And where was Ms. Gentry?

25      A   Walking back and forth across the stern.

58

1       Q    And you don't remember that flag being there?

2       A    I don't think there was a flag there.  I don't

3  think, because she was walking back and forth.

4       Q    Okay.  And the two other individuals that were in

5  the boat, where were they in relation to the gentleman

6  that's sitting there?

7       A    Kind of -- is that an ice cooler?  I think they

8  were somewhere back on that side.  I could be wrong about

9  that.  I just remember there were two bodies back there.

10      Q    Okay.  Now, what did you say -- what did you say,

11 you recognized Mr. Stern the night of the party?  Did you

12 recognize him?

13           MR. BEZOU:

14                Mr. Snow?

15 BY MR. COSTA::

16      Q    Mr. Snow, excuse me.

17      A    I recognized his hat, his cane and his beard.

18 And, I mean, he's got a distinctive look.

19      Q    The individual that's sitting there, does he have

20 anything that Mr. Snow had on?

21      A    He might have the same cap.

22      Q    But you don't recognize that?

23      A    Not from the back, no.  In that terrible -- maybe

24 if I had the original photograph, I could see it better, but

25 that's not it.

59

1        Q    Do you recall the piling that's to the right of

2    the plank as being there?

3        A    No, I don't remember where the pilings were.

4        Q    You don't remember?

5        A    No.  They were tied up between pilings, because

6    you have to be tied on a piling.

7        Q    So when you are walking on that piling, you would

8    not have wanted to reach your right hand and grab it to get

9    on?

10           MR. BEZOU:

11                Object to form.

12           THE WITNESS:

13                Say that again.

14   BY MR. COSTA::

15       Q    When you are walking on the piling, when you are

16   walking on a plank to get on to the boat, would you have

17   reached towards the piling to grab it in order to balance

18   yourself?

19           MR. BEZOU:

20                I object to form.  Again, if you understand

21                the question, you can answer.  You are asking

22                would she have, not did she?

23           MR. COSTA:

24                Yes.  Yes.  That's exactly what I'm asking.

25

60

1    BY MR. COSTA::

2        Q    Would you have?

3        A    I could have, yeah.

4        Q    Or did you?

5        A    Did I do that?

6        Q    Yes.

7        A    I don't think I did.  Because if it was there and

8    handy and I could reach it easily, I might have used it for

9    that, but I don't remember that being the case.

10       Q    You don't remember that piling being there?

11       A    Not in that spot, no.  And I don't remember the

12   plank next to it.  I'm not sure that plank is in the same

13   spot.

14       Q    You are not sure?

15       A    No.  I don't think I could reach that.

16       Q    Reach what?

17       A    The piling.  Yeah.  I don't remember it being that

18   close.  I don't remember the plank being in that spot.

19       Q    Where do you remember the plank being?

20       A    I just remember it being back there laid across

21   the seawall towards the stern.

22       Q    Do you recall seeing the name of the boat on the

23   stern?

24       A    Yes, I think I remember seeing it, because I

25   recognized the name.  They told me the name of the boat, so

61

1    I was looking for that.

2        Q    Isn't it true that the plank was not across the

3    name of the boat?

4        A    I don't remember that.  I don't know.

5        Q    Let me show you what I'm marking as D2.

6            (Exhibit D No. 2 marked for identification.)

7        Q    Was that where the plank was?

8        A    I honestly do not know the exact position of where

9    that plank was.  It could have been here (indicating).  It

10   could have been more towards the middle.  I don't know where

11   the plank was placed exactly.

12       Q    How far do you estimate the plank being across the

13   water there?

14       A    Farther than what this appears.

15       Q    Farther than that would appear?

16       A    Yes, definitely.

17       Q    How much further?

18       A    I don't know.  I could have -- in this picture, it

19   appears very close.  If I would have slipped, it would have

20   been difficult.  I would have been hurt much more severely

21   had I slipped, had the plank collapsed this close to it if I

22   had slipped between the boat and there.  It was further than

23   this, because I couldn't reach her and it wasn't connected

24   and it just collapsed.

25       Q    When you say collapsed, you mean?

62

1      A     It collapsed.

2      Q     It didn't break?

3      A     No, it didn't break.

4      Q     It didn't hit you in the water either?

5      A     Yeah, it hit my leg.  I'm sure it did.  That's how

6   I got the cut.

7      Q     You are sure that it hit your leg while in the

8   water?  You didn't come down in the water and hit your leg?

9      A     It came down and something large hit my leg and

10   made a big gash in it.  I have the scar to prove it.

11     Q     But you don't know whether it was the plank or

12   not?

13     A     I don't think there was anything else that

14   followed me into the water.

15     Q     It could not have been the bottom of the boat?

16     A     No, I don't think so.

17     Q     Or it couldn't have been the seawall?

18     A     No.  It was the front of my leg.

19     Q     Do you think a wooden plank followed you into the

20   water?

21     A     I'm positive it did.  I'm positive the plank went

22   in the water with me.

23     Q     You think that that plank in D1 was capable of

24   falling in the water with you?

25     A     Yeah.

63

1            MR. BEZOU:

2                 Object to form.

3   BY MR. COSTA::

4      Q    How far do you measure from the shoreline, to the

5   plank on to the shore?

6            MR. BEZOU:

7                 Can you please rephrase that?  I don't

8            understand the question.

9            THE WITNESS:

10                Can I mention this?

11           MR. BEZOU:

12                Testify to whatever you want to.

13  BY MR. COSTA::

14     Q    How far do you think that plank is across the

15  shoreline?

16           MR. BEZOU:

17                Object to form.

18           MR. BARNETT:

19                Are you talking about from the rear to the

20           bulkhead?

21  BY MR. COSTA::

22     Q    I'm talking about the edge of the shoreline back

23  on to the shore.

24     A    I don't know.  But I can tell you this, that end

25  of that plank that is hanging off the seawall over the grass

64

1  would not have been -- would not have been something that

2  would have remained there.  I don't know what time this

3  photo was taken, but I think that the museum people have

4  dock people that go up and down looking for obstructions and

5  stuff.  That plank in this picture is an obstruction that

6  guests of the boat festival would have tripped over and

7  fallen.  So whatever time this picture was taken, this was

8  not taken -- it was not in that position when I was there,

9  because the boat was further away and the plank was further

10  to walk on.  Because it would not have been -- people would

11  have been tripping all over this.  This would have been a

12  hazard.  There were people gathered.  This was a million

13  crowd all up and down there.  There is maybe 50,000 people

14  on both sides of that.  It was crowded with people.  That is

15  a tripping hazard.  So that boat was further away from the

16  seawall when this was taken and that was not hanging there.

17      Q    Do you know for a fact whether or not the people

18  from the committee saw that plank?

19      A    No, I don't.

20      Q    Do you know for a fact whether or not they

21  approved that plank?

22      A    No.

23      Q    So you don't know that the committee said, "You

24  can't have a plank there"?

25      A    No.

65

1       Q    So what you just said is your own speculation?
2    Answer my question.
3       A    Yes, it is.  That is a tripping hazard and --
4            MR. BEZOU:
5                Let her finish testifying and not be
6            argumentative.
7            THE WITNESS:
8                It would not have stayed there, I'm positive.
9            If the museum hadn't said something, then somebody
10           on the shore would say, "That's in the way."  It
11           would have been moved.  It's a tripping hazard.
12   BY MR. COSTA::
13      Q    But you have no evidence that anybody did?
14      A    No.
15      Q    None whatsoever?
16      A    I know that I could not have easily fallen between
17   that boat.  I don't know when this picture was taken.  I
18   don't think that accurately represents the position of the
19   boat or the plank when I attempted to cross it.
20      Q    You say you weigh 155 pounds?
21      A    About.
22      Q    Maybe more?
23      A    Not much more.
24      Q    I will show you what I'm marking as D3.
25               (Exhibit D No. 3 marked for identification.)

66

1      Q      Was the plank in that position?

2      A      I don't remember.

3      Q      Was the flag in that position?

4      A      I told you already, I don't remember the flag.

5      Q      You don't remember a flag being there?

6      A      No.  Honestly, no, I don't remember a flag.  I

7   remember her walking up and down.  I remember her standing

8   over her plank beckoning me to come on.  The flag was not a

9   participant.

10     Q      You don't recall seeing a young gentleman in the

11  back of the boat when you were walking toward the boat?

12     A      Like I said, I think there were two people back

13  there.  I don't know who they were and cannot identify them.

14     Q      You don't recall a gentleman on another boat

15  helping you out of the water?

16     A      No.

17     Q      You don't recall a woman on the boat grabbing your

18  camera?

19     A      No.

20            MR. BEZOU:

21                Asked and answered 100 times.

22            THE WITNESS:

23                None.

24            MR. BEZOU:

25                Let's take a five minute break.

67

1          MR. COSTA:

2               Sure.

3                    (Short Recess)

4    BY MR. COSTA::

5      Q    Let me show you what I'm marking as D4.

6               (Exhibit D No. 4 marked for identification.)

7      Q    Do you recognize any of those people in the

8    picture?

9      A    Well, that's Mr. Snow and I believe that's Sadie.

10   I don't know who the guy is back there, if that's a guy.  I

11   may be wrong about that.

12     Q    When you were describing where the people were

13   before, was that about where he was?

14     A    I can't even speculate on that.  I don't know.

15   Back there somewhere, back behind.  But that's definitely --

16   I can tell right there that's Mr. Snow.

17     Q    Okay.  And the other individual, you don't know

18   where he was in the boat?

19     A    No.  There were two people back there, but I don't

20   know where.  Back behind -- they were forward of Mr. Snow

21   more towards the back but in that general vicinity back

22   there.  May I point out something?

23     Q    Sure.  Please.

24     A    I said a few minutes ago I didn't believe this was

25   an accurate representation of how the boat was docked at the

68

1    time that I fell because of the plank and its vicinity to

2    the other thing.  That tells me there was another boat here.

3    Because there is no time stamp.  There is no medadata.

4    There is nothing on here.  You can't tell when this picture

5    was taken.  But there was another boat moored up very

6    closely because it was using the same piling right here

7    (indicating) and there was -- there may have been another

8    boat.  This looks like a pretty big space here.

9            MR. BARNETT:

10              Would you do us a favor, when you say here,

11           here, there, that is not helping.

12           THE WITNESS:

13              There was another boat to the left.  Looking

14           from the dock to the left of their boat, there was

15           another boat where the dingy is.  Where the dingy

16           is in the picture, there was another boat here the

17           day of.

18   BY MR. COSTA::

19      Q    Look here, isn't there a line coming from here?

20   You see there pier we are talking about, isn't there a line

21   coming here?  Is that a line?

22      A    Yes.

23      Q    Could that boat have been attached to that line?

24      A    The boats are very close together.

25      Q    How far, do you think?

69

1          MR. BEZOU:

2               Let her finish.

3          THE WITNESS:

4               There may have actually been another vessel

5          pulled in on this side.  There was a boat --

6          MR. BARNETT:

7               What side?

8          THE WITNESS:

9               On the right-hand side.  There may have been

10         other boats that came in.  I think these pictures

11         were probably taken on Friday before all the boats

12         came in.

13   BY MR. COSTA::

14      Q    Are you saying that between these pilings, there

15   is more than one boat in some places?

16      A    No.  I'm saying that doesn't -- that the pilings

17   are pretty much irrelevant to where the boats are, but the

18   boats -- there are so many boats that they're packed.

19   That's why they're sterned in.  They're extremely close

20   together.

21      Q    But have there ever between two pilings?  Are

22   there ever two boats --

23      A    There may be a boat and a half there.  The piling

24   in some cases is right in the middle.  The pilings don't --

25   the boats are not placed for the piling.  The boats use the

70

1   pilings to tie up.  And I think there is probably -- maybe

2   there is an anchor out front or something.  But there was

3   another boat extremely close over here (indicating) and

4   there was another on the left-hand side and on the

5   right-hand side and the boats are packed very tightly

6   together.

7        Q    But you are telling me you have no reason to know

8   when these pictures were taken?

9        A    I have no evidence looking at this copy of this

10  picture.  If I had the original, I could tell you.

11       Q    Why?

12       A    Because there is no medadata.

13       Q    Other than medadata, looking at what is in the

14  picture, can you tell me that that was not taken on the day

15  of the festival on October 13th?

16       A    I'm pretty sure it wasn't because there was

17  another boat over there.

18       Q    If I can produce someone who took this picture,

19  you would doubt it, if they said, "I took this picture"?

20       A    I would want to see the medadata.

21       Q    Without the medadata, you can't tell me when that

22  picture was taken?

23            MR. BEZOU:

24                 I believe she's testified that she can tell

25                 you it wasn't the morning of the incident.  I

71

```
1              don't know if she can testify --
2              MR. COSTA:
3                   Let her testify.  Don't testify in her place.
4              THE WITNESS:
5                   I said I do not believe this is an accurate
6              representation of the placement of either the boat
7              or the plank when I came to it.
8    BY MR. COSTA::
9         Q    So the person who took that picture, if he told me
10   that was taken before you arrived there on the same day,
11   they would be incorrect?
12        A    I would have my suspicions.
13        Q    If they told me that that flag was there when you
14   got there, they would be incorrect?
15        A    I'm not going to say the flag was not there.  I
16   don't remember seeing the flag.  The flag was not what
17   caught my eye.
18        Q    What does that mean?
19        A    I was not attentive to the flag.
20        Q    What were you attentive to?
21        A    Ms. Gentry, she owns the boat.  It was her boat,
22   her plank.  She's beckoning me to come on.  I was conversing
23   with her and explaining that I would come back the next day
24   with a better camera.
25        Q    You said she owns the boat.  You have never seen
```

72

1   any evidence that she owns the boat?

2       A    She told me she owned the boat.

3       Q    She said, "I own the boat"?

4       A    "Our boat.  It's our boat."  She was speaking

5   collectively with her and Mr. Decorte and Mr. Snow, "It's

6   our boat.  We have a new boat.  We named it -- oh, Mr. Snow

7   went on telling me about how he got the name Bird of Time.

8   But it was never "My husband's boat."  It was, "Our boat."

9       Q    She has never referred to Mr. Snow as her husband,

10  has she?

11      A    Oh, yes.

12      Q    When?

13      A    While we were standing there talking.  It was a

14  familial relationship conversation.  It was, "Our boat."  He

15  refers to her as his wife.

16      Q    No.  I'm not asking you that.  Did she tell you in

17  that four minute conversation, "This is my husband"?

18      A    Specifically, I do not remember her using that

19  phrase, but she certainly referred to it as her boat.

20      Q    Have you ever attended a function with your friend

21  Noel?

22      A    Yes.

23      Q    Have you ever told someone, "Why don't you come

24  with us in our car"?

25      A    Yeah.

73

1       Q     Yeah?

2       A     Uh-huh (affirmative response).

3       Q     Does that mean you own the car or could it be

4    Noel's car?

5       A     It could be either way.

6       Q     Would that have been the same way she used that

7    phrase, "Come see our boat"?

8       A     No.

9       Q     No?

10      A     No.

11      Q     She said she bought it?

12      A     She didn't say she bought it.  Our boat means you

13   own it perhaps with somebody else.  I am absolutely positive

14   she thinks she owned that boat.

15      Q     So if you said, "Come with me in our car," that

16   means you own it?

17      A     That would be the car we were in together.  No,

18   entirely different situation.  Our boat is our boat.  Our

19   house, our boat.

20      Q     Why is our boat any different than our car?

21      A     People don't always travel in the car together.

22   There is no question in my mind that she not only implied it

23   was.  She definitely called it:  Our boat.  Our Bird of

24   Time.  You must -- I insist you come and take our picture on

25   our boat."  She made that very clear.

74

1     Q     Let me show you what I will mark as Exhibit D4.

2     A     Okay.

3     Q     Do you recognize anybody in that picture?

4     A     Well, this is the same picture you asked me about

5   a minute ago.

6     Q     Tell me who they are.

7     A     I think that's Mr. Snow and I think that's -- that

8   looks kind of like Sadie up there.  And there is somebody

9   else there, but I don't know who he is.

10     Q     Do you recall seeing that person that day?

11     A     Who?

12     Q     The third person that you don't recognize?

13     A     I can't identify the other person.  I have no

14   idea.

15     Q     That person didn't help you get out of the water?

16     A     If he was on the boat, no.

17     Q     The other two people that were on the boat that

18   day, was that about where they were standing, where he's

19   standing now?

20           MR. BEZOU:

21               Asked and answered.

22           MR. COSTA:

23               No, it wasn't.

24           THE WITNESS:

25               He was behind Mr. Snow.  I think the two of

75

```
 1              them were back behind him somewhere back there.

 2              But it was in a shadow.  I don't know.  I couldn't

 3              identify them.

 4  BY MR. COSTA::

 5      Q    He was more forward than what he is now when you

 6  approached the boat?

 7      A    No.

 8              MR. BARNETT:

 9                  That's going to be confusing when you say

10              he's more forward.

11  BY MR. COSTA::

12      Q    He was not towards the front of the boat than he

13  is now, the gentleman?

14      A    Otherwise, he would have been inside the boat.  He

15  was not on the stern of the boat.  Let's leave it at that.

16  He was not on the stern of the boat.

17      Q    He didn't watch you try to take a picture?

18      A    I don't know what they were doing back there.  I

19  couldn't see them.  I wasn't paying any attention to them.

20  I was speaking with her and trying to acknowledge Mr. Snow's

21  presence.

22      Q    I don't know if I asked you this:  Did you have a

23  cell phone that day with you?

24      A    No.

25      Q    Did you hit any portion of the boat at all when
```

76

1   you were falling?

2        A    No.

3        Q    None?

4        A    Uh-uh (negative response).

5        MR. BARNETT:

6             You have to answer out loud.

7        THE WITNESS:

8             I'm sorry.  The plank collapsed and with that

9             motion, the boat came a little forward so that

10            when I came back up, I was underneath it enough

11            that everything was black.  In the way I was

12            facing, I think I came -- I think I might have

13            been more towards the direction of underneath the

14            boat and that's why I thought I was underneath the

15            boat.  I didn't think I was still on the bottom.

16            I was trying to orient to figure out up, down,

17            back, forward and figure out where I was so I

18            could get back to the boat.  Because I knew there

19            was no one on the boat to help me.

20   BY MR. COSTA::

21       Q    When you fell off the plank, you fell straight

22   down?

23       A    Directly down into the water.  There was no one

24   there to help me.

25       Q    Do you know the name of any individuals that

77

1   helped you after you got out of the water?

2       A    Two men, that's all I know.

3       Q    That's it?

4       A    That's it.  They were on the shore.  They pulled

5   me up off the shore.

6       Q    How many women came to talk to you?

7       A    None, not that I know of.  I think Ms. Gentry at

8   one point somehow got the camera and she was doing the

9   shaking action telling me the camera was going to be okay.

10      Q    There wasn't a younger woman that came to speak to

11  you?

12      A    Not that I know of.  I don't remember anyone else

13  coming.  There was a fireman who recognized me.  I don't

14  know what his name was.  He was one of the town -- somebody

15  with the town, maybe.  I reminded him who I am and asked him

16  to go get Noel for me.

17      Q    To get what?

18      A    Get Noel to help me get home.

19      Q    So did anybody tell you that they saw what

20  happened?

21      A    No.

22      Q    Has anybody since then told you?

23      A    No.

24      Q    So Noel came and got you while you were there?

25      A    Yes.

78

1      Q      You walked back home with him?

2      A      Yes, with help, with his help.

3      Q      When did you first see a doctor after the

4    incident?

5      A      It would have been Wednesday morning very early.

6      Q      The Wednesday after the Saturday that you fell?

7      A      Yes.

8      Q      And how did you find that doctor?

9      A      Emergency room.

10     Q      What emergency room?

11     A      St. Tammany Parish Hospital.

12     Q      How did you get there?

13     A      Ambulance.

14     Q      Why did you take an ambulance?

15     A      Because I couldn't -- I could not walk.  I was

16   entirely incapacitated.  I was coherent, but I was

17   incapacitated.

18     Q      You didn't think to call Noel?

19     A      He came, but I could not walk.  I could not put

20   weight on my leg.  I mean, I couldn't do anything.  It was

21   the meniscus that was broke.  My meniscus broke as I tried

22   to get in the bed on Tuesday night.

23     Q      Did he accompany you to the hospital?

24     A      He came in the car, I think, later.

25     Q      Did you spend time with Noel between the time that

1  you fell in the water and the time you went to the hospital?

2      A    A little while, yes.

3      Q    He stayed over at your house?

4      A    Yes, he stayed.  I was very concerned about the

5  cut.  I fell into water that had -- where people had been

6  parked there for at least two days using the heads in their

7  bathrooms and most likely pushing raw sewage into the water.

8  There was oil in the water.  There is amoeba.  There is

9  everything under the shining sun in stagnant water between a

10 boat and a dock.

11     Q    Has Noel ever been accused of dumping oil in the

12 Tchefuncte River?

13     A    Yes.

14     Q    Tell me about that.

15     A    There was a driver -- this has been quite a number

16 of years ago.  There was a driver that worked for the

17 engineering company where Noel was inspecting the bridge and

18 he was angry because -- I don't remember now what the issue

19 was.  He was angry and he thought that if he faked a

20 photograph of him pouring oil into the water that it

21 would -- and said it was Noel's boat, that Noel would

22 perhaps lose his job and he would get to take over that job.

23     Q    Is there a video of Noel dumping oil into the

24 water?

25     A    I don't know.  No.  That I'm sure of.

80

```
 1        Q     You have never seen a video of him?

 2        A     Of Noel putting oil?

 3              MR. BEZOU:

 4                    I'm going to object.  This has zero relevance

 5              to this case.

 6              MR. COSTA:

 7                    Yes, it does.  She just talked about oil

 8              being in the Tchefuncte.  I'm asking who put it

 9              there.

10              MR. BEZOU:

11                    I'm instructing her not to answer any more

12              questions about Noel dumping oil.

13              MR. COSTA:

14                    This is discovery.

15              MR. BEZOU:

16                    You can get the judge on the phone if you

17              think it's appropriate.  I'm going to instruct her

18              not to answer any more questions about Noel

19              allegedly dumping oil in the river 15 years ago.

20   BY MR. COSTA::

21        Q     Has Noel ever been convicted of anything with the

22   US government?

23              MR. BEZOU:

24                    I'm going to instruct you not to answer.

25              Don't answer.
```

100

1                      REPORTER'S PAGE

2

3        I, LAUREN S. BREWSTER, Certified Court Reporter in and

4   for the State of Louisiana, the officer, as defined in Rule

5   28 of the Federal Rules of Civil Procedure and/or Article

6   1434(B) of the Louisiana Civil Code of Procedure, before

7   whom this sworn testimony was given, do hereby state for the

8   record;

9        That due to the nature of the spontaneous discourse in

10  the foregoing proceedings, dashes (--) have been used to

11  indicate pauses, changes in thought, interruptions by other

12  speakers, and/or talkovers;

13       That this is a complete transcription, and that dashes

14  (--) do not indicate that words have been left out of the

15  transcript;

16       That the phrase (spelled phonetically) is used to

17  denote words and/or names which could not be verified

18  through available references resources.

19

20

21

22

23  _____

24  LAUREN S. BREWSTER, CCR

25

**JOHNS, PENDLETON, FAIRBANKS & FREESE**
CERTIFIED COURT REPORTERS
315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

101

1              R E P O R T E R ' S   C E R T I F I C A T E

2              NOTE: This transcript certification is valid

3    only when accompanied by my original signature over my

4    state seal.

5        I, LAUREN S. BREWSTER, a Certified Court Reporter

6    (Certificate #99001) in and for the state of Louisiana, as

7    the officer before whom this testimony was taken, do hereby

8    certify that the witness was sworn by me upon authority of

9    R.S. 37:2554, and did testify as hereinbefore set forth in

10   the foregoing pages; that this testimony was reported by me

11   in the stenotype reporting method, was prepared and

12   transcribed by me or under my personal direction and

13   supervision, and is a true and correct transcript to the

14   best of my ability and understanding; that the transcript

15   has been prepared in compliance with transcript format

16   guidelines required by statute or by rules of the Board,

17   that I have acted in compliance with the prohibition on

18   contractual relationships, as defined by Louisiana Code of

19   Civil Procedure Article 1434 and in rules and advisory

20   opinions of the Board; that I am not related to Counsel or

21   to the parties herein, nor am I otherwise interested in the

22   outcome of this matter.

23              OCTOBER 12, 2021

24

25              LAUREN S. BREWSTER, CCR