## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. DARBY | * |
| *Plaintiff,* | * |
| VS. | * CIVIL ACTION NO.: 19-12622 |
| DAVID G. SNOW, SADIE A. GENTRY, ALBERT J. DECORTE, USAA GENERAL INDEMNITY COMPANY AND ABC INSURANCE COMPANY | * |
| *Defendants,* | * |

## INTERROGATORIES

TO:   David G. Snow
      Pro Se
      2451 Bouie Road
      Carriere, MS 39426

NOW INTO COURT, through undersigned counsel, come Judith M. Darby, plaintiff herein, who propound the following Interrogatories to be answered under oath by defendant, , David G. Snow, pursuant to the Federal Rules of Civil Procedure. These Interrogatories are deemed to be continuing, and if the party to which they are addressed acquires additional or corrected information subsequent to filing answers hereto, supplemental answers are to be immediately filed supplying undersigned counsel with all the full and correct information in accordance with the Federal Rules of Civil Procedure.

## DEFINITIONS

1.   "Document" means written or recorded matter of any kind or description, however produced or reproduced, whether draft or final, original or reproduction, in your possession, custody or control, including but not limited to, letters, correspondence, memoranda, rules, notes,



studies, telegrams, telex, emails, forms, advertisements, brochures, circulars, bulletins, lists, papers, books, pamphlets, minutes of meetings, contracts, agreements, transcripts, reports, photographs, microfilm, tape recordings, drawings, signs, posters, graphs, charts, surveys, summaries, newspaper clippings, magazine clippings, calendars, affidavits, vouchers, accounts, receipts, work papers, balance sheets, checks, invoices, monthly statements, daily statement, note entries, confirmation slips, account agreements, prospectuses, computer printouts, data processing cards or tapes, data processing printouts, statements, inter-office correspondence, files, handwritten matter, and all writings of any nature whatsoever. "Document" also includes any summary compilation or index of documents or any tangible thing which constitutes or contains matters within the permissible scope of discovery. "Document" further means copy where the original is not available and also means every copy of every document where such copy is not identical to the original.

2. "You" or "your" means the plaintiff to whom the Interrogatory is addressed any and person or persons acting or purporting to act on behalf of that plaintiff.

3. "Identify" means:

    (a) When used with respect to an individual, to state the full name, present or last known address, telephone number, present or last known position and business affiliation, and position and business affiliation at the time referenced in the Interrogatory

    (b) When used in respect to a corporation or other business or commercial enterprise, to state its full name and present or last known address and telephone number of its principal officer; and

    (c) When used with respect to a document, to state the date of the document's preparation, the author, the specific type of document (e.g., letter, memoranda, telex, email, diary, tape recordings, etc.), and the document's present or last known location and custodian, all stated with sufficient particularity to permit a specific request for its production; or, if the document has already been produced in this litigation, to state the Bates number stamped on the document.

4. If you object to the production of any information or documents on the grounds that the

requested information is privileged, falls with the work produce doctrine, or is otherwise protected, provide the following information:

    (a)    A description of each document, (1) a statement of the number of pages, and (2) a description of all attachments;
    (b)    An identification of the individual(s) who prepared and/or transmitted the document;
    (c)    An identification of the individual(s): (1) who received the documents or a copy of the document; (2) to whom the document or copy of the document was sent; or (3) who was given access to the document;
    (d)    A brief description of the subject of the document;
    (e)    The date of preparation and/or transmittal of the original of the document;
    (f)    An identification of the person in possession of the original of the document;
    (g)    An identification of each individual who has had possession of a copy of the document; and
    (h)    The basis for asserting the privilege or doctrine being claimed.

5.    If certain definite information cannot be furnished, then supply estimated, approximate, or expected information. The response should indicate this.

6.    Unless the context of an Interrogatory requires otherwise, reference to the singular include the plural.

7.    This discovery request is continuing and requires further and supplemental answers in the event that additional or different information is obtained or discovered prior to the trial of this case.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please state your name, address, and telephone number.

**INTERROGATORY NO. 2:**

Please identify the specific date and time that the accident forming the basis of this Complaint occurred. *Oct. 13, 2018, morning of, apx. between, probably, 10 and 11 A.M.*

**INTERROGATORY NO. 3:**

Please identify if you are/were the owner or co-owner of the vessel known as "Bird in

3

Time" that is/was moored on the Tchefuncte River in Madisonville, Louisiana.

**INTERROGATORY NO. 4:**

Please identify if you participated in the Madisonville Wooden Boat Festival and registered yourself and/or the vessel ("Bird in Time") with the Lake Pontchartrain Basin Maritime Museum during October 2018.

**INTERROGATORY NO. 5:**

Please identify all documentation required by the Lake Pontchartrain Basin Foundation to register yourself and/or the vessel ("Bird in Time") to participate in the Madisonville Wooden Boat Festival.

**INTERROGATORY NO. 6:**

State the name(s), address(es), and telephone number(s) of every person, expert or lay person, within your knowledge, who has or claims to have knowledge or information regarding any facts, circumstances or issues involved in this litigation, and with respect to each person, state the nature of the information or knowledge.

**INTERROGATORY NO. 7:**

Please identify the registered owners of the vessel ("Bird in Time"). *one owner - me.*

**INTERROGATORY NO. 8:**

Please describe whether you, or persons acting on your behalf, invited any individuals aboard the vessel "Bird in Time" on October 13, 2018 and if so, please state the name, address(es), and telephone number(s) of every person.

**INTERROGATORY NO. 9:**

Please describe whether you, or persons acting on your behalf, placed their own walkway