## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. DARBY<br>*Plaintiff,*<br><br>vs.<br><br>DAVID G. SNOW, SADIE A. GENTRY,<br>ALBERT J. DECORTE,<br>USAA GENERAL INDEMNITY COMPANY<br>AND ABC INSURANCE COMPANY<br>*Defendants,* | *<br>*<br>*<br>*<br>*  CIVIL ACTION NO.: 19-12622<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### DAVID G. SNOW'S RESPONSES TO
### PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

TO: Judith M. Darby
*through her attorney of record*
Jacques F. Bezou, Jr.
534 E. Boston Street
Covington, Louisiana 70433

David L. G. A. Snow, through undersigned counsel, responds to the interrogatories and requests for production of documents and things propounded by Judith Darby, as follows:

**PRELIMINARY STATEMENT:**

In answering the following interrogatories and requests for production of documents and things, Mr. David L. G. A. Snow construes the Plaintiff's references to "Bird in Time" as synonymous with the vessel he once owned, named *Bird of Time*.



**SUPPLEMENTAL INTERROGATORY NO. 1:**

Please provide the name and address of the person or entity from whom you purchased the Bird in Time.

**RESPONSE:** Unknown.

**SUPPLEMENTAL INTERROGATORY NO. 2:**

Did Albert Decorte own any interest in Bird in Time at any time and, if so, please state what percentage interest.

**RESPONSE:** No.

**SUPPLEMENTAL INTERROGATORY NO. 3:**

On October 13, 2018, please identify all persons or entities who possessed any ownership interest in Bird in Time and the percentage of same respectively.

**RESPONSE:** David L. G. A. Snow.

**SUPPLEMENTAL INTERROGATORY NO. 4:**

Did Albert Decorte pay for or contribute any funds towards the maintenance, upkeep and operation of Bird in Time at any time? If so, please state with specificity what & when payment or contribution was made.

**RESPONSE:** No.

**SUPPLEMENTAL INTERROGATORY NO. 5:**

On October 13, 2018, who invited Judy Darby to board Bird in Time?

**RESPONSE:** No one.

**SUPPLEMENTAL INTERROGATORY NO. 6:**

Please state the current whereabouts and custodian of the board/plank/walkway used by Judy Darby on October 13, 2018.

2

**RESPONSE:** Unknown.

## SUPPLEMENTAL INTERROGATORY NO. 7:

If the board/plank/walkway is no longer in your possession:

(a) To whom was it given and when; and

(b) When lost, destroyed or disposed of.

**RESPONSE:** Unknown.

## SUPPLEMENTAL INTERROGATORY NO. 8:

On or about October 13, 2018, who placed the board/plank/walkway from the Bird in Time to the shore.

**RESPONSE:** David L. G. A. Snow.

## SUPPLEMENTAL INTERROGATORY NO. 9:

On or about October 13, 2018, who secured the board/plank/walkway from the Bird in Time to the shore.

**RESPONSE:** David L. G. A. Snow.

## SUPPLEMENTAL INTERROGATORY NO. 10:

With respect to the preceding Interrogatory, please state with specificity how the plank/board/walkway was secured. (for example, by rope, line, tether, chain, clasp, hook).

**RESPONSE:** The gangway spanned the shoreside cement bulkhead to the vessel transom.

3

**RESPONSE:** Mr. Snow objects to, and is unable to respond because of, the vagueness and ambiguity of this request.

Respectfully submitted,

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, LLP

_____
GREGORY S. MARSIGLIA (#25158)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Telecopier: (504) 581-2461

*Attorney for David L. G. A. Snow*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2020, I served a copy of this on Judith Darby and Sadie A. Gentry, through their respective attorneys of record, Jaques F. Bezou, Jr., and Philip A. Costa, Esq., *via* U. S. Post, first-class postage prepaid, and properly addressed.

_____
GREGORY S. MARSIGLIA

10