UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUDITH M. DARBY** | * | CIVIL ACTION |
| *Plaintiff* | * | NUMBER: 19-12622 |
| VS. | * | SECTION: "J"(1) |
| **DAVID G. SNOW, SADIE A. GENTRY, ALBERT J. DECORTE,** | * | JUDGE CARL J. BARBIER |
| **USAA GENERAL INDEMNITY AND ABC INSURANCE COMPANY** | * | MAG. KAREN WELLS ROBY |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF SADIE A. GENTRY**

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

**SADIE A. GENTRY**

who did declare, after being duly sworn upon oath, the following:

1. This affidavit is based upon my personal knowledge, and all statements made herein are true and correct to the best of my recollection.

2. I have had a personal relationship with David G. Snow for many years and we currently reside together.

3. David and I presently live in New Orleans and have shared a residence since 2005.

4. David Snow and I have never been married.

5. Although I am aware that David G. Snow owns the boat called "Bird of Time," I have never, at any time, had any ownership interest in that boat.



6. On or around October 12 and 13, 2018, I was a guest of David G. Snow, on his boat named, "Bird of Time" and I was present with David on the boat when it was docked in Madisonville, Louisiana.

7. On October 12, 2018, I was on the deck of the boat when it was preparing to dock in Madisonville.

8. Albert Decorte was operating the boat and at some point he went forward to drop the anchor and returned to back the boat into place.

9. Lines are thrown from the boat to the shore at the time of docking. On October 12, 2018, I did not have anything to do with the lines or the mooring of the boat, not in any capacity.

10. On the following day, October 13, 2018, I did not have anything to do with the lines or the mooring of the boat, not in any capacity.

11. On October 12, 2018, subsequent to docking but before the plank was placed from the boat to the shore, I went into the cabin of the boat to tidy it up.

12. I did not see who placed the plank in its position, but it was not me.

13. At no time have I ever placed the plank from the boat to the shore, so that people could use it to walk onto and off of the boat,

14. On or around October 12 and 13, 2018, and several times previously and subsequently, I walked upon the very plank, which was present on the boat on October 13, 2018, to embark and disembark from the boat.

15. To the best of my recollection, on October 13, 2018, the plank was in the very same position that it had always been when I had walked upon it in the past.

16. On October 12 and 13, 2018, and previously and subsequently, I witnessed multiple other people walk upon the plank to embark and disembark from the "Bird of Time," and I never witnessed any person wobble upon the plank nor did I ever witness the plank fall from its position while any person was walking upon it.

17. In my experience while on the boat "Bird of Time," when the boat is moored, it has never moved in such a manner or so drastically, as to cause the plank to slip or fall from the position where it is placed.

18. Also, I have had no personal experiences involving my use of the plank to embark or disembark from the "Bird of Time," that would make me believe that the plank was dangerous to use as a method to embark or disembark from the boat. This includes the days of October 12 and 13, 2018.

19. I have never witnessed other persons have troubles using the plank, to embark or disembark from the "Bird of Time," that would make me believe that the plank was dangerous to walk upon.

20. If I thought that it was ever dangerous to walk upon the plank, I would have never done so because I have Parkinson's disease which causes me to have unstable balance.

HARRIET HEIDI LEE
WITNESS

SADIE A. GENTRY

CALVIN RICE
WITNESS

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14TH DAY OF NOVEMBER, 2021.

_____
PHILIP A. COSTA (LSBN 4428)
NOTARY PUBLIC
(ID 1781)