UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH M. DARBY** | * CIVIL ACTION |
| *Plaintiff* | * NUMBER: 19-12622 |
| VS. | * SECTION: "J"(1) |
| **DAVID G. SNOW, SADIE A. GENTRY, ALBERT J. DECORTE, USAA GENERAL INDEMNITY AND ABC INSURANCE COMPANY** | * JUDGE CARL J. BARBIER |
| | * MAG. KAREN WELLS ROBY |
| *Defendants* | * |

*************************************************************************

## AFFIDAVIT OF HARRIET HEIDI LEE

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

**HARRIET HEIDI LEE**

who did declare, after being duly sworn upon oath, the following:

1. This affidavit is based upon my personal knowledge, and all statements made herein are true and correct to the best of my recollection and belief.

2. I am the daughter of Sadie Gentry.

3. I am married to Calvin Rice and we have been married for 24 years.

3. Calvin and I presently reside in New Orleans, LA, where we have resided for 22 years.

4. I have a close personal relationship with my mother, Sadie Gentry, and she has never been married at any time to David Snow.

Page 1 of 2



5. I have had the occasion to spend time on the boat "Bird of Time" and I have used the same or similar plank, which, on October 13, 2018, was placed from the shore to the boat, to walk upon the boat and walk off the boat.

6. I have never found the plank to be wobbly or un-sturdy and never felt unsafe traversing the plank.

7. If I had any concerns about the safety of the plank and its use to access the boat, I would not have traversed it myself, nor had my mother traverse the plank.

8. I had never seen any person at anytime, not before or after Ms. Darby's incident, have any difficulties traversing the plank.

_____
SADIE A. GENTRY
WITNESS

_____
HARRIET HEIDI LEE

_____
CALVIN RICE
WITNESS

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14TH DAY OF NOVEMBER, 2021.

_____
PHILIP A. COSTA (LSBN 4428)
NOTARY PUBLIC
(ID 1781)