UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUDITH M. DARBY** | * CIVIL ACTION |
| *Plaintiff* | * NUMBER: 19-12622 |
| VS. | * SECTION: "J"(1) |
| **DAVID G. SNOW, SADIE A. GENTRY, ALBERT J. DECORTE, USAA GENERAL INDEMNITY AND ABC INSURANCE COMPANY** | * JUDGE CARL J. BARBIER * MAG. KAREN WELLS ROBY |
| *Defendants* | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF CALVIN RICE

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

### CALVIN RICE

who did declare, after being duly sworn upon oath, the following:

1. This affidavit is based upon my personal knowledge, and all statements made herein are true and correct to the best of my recollection and belief.

2. I am married to Harriet Heidi Lee, who is the daughter of Sadie A. Gentry, and we have been married for 24 years.

3. Harriet Heidi Lee and I presently reside in New Orleans, LA, where we have resided for 22 years.

4. I have had the occasion to spend time on the boat "Bird of Time" and I have used the same or similar plank, which, on October 13, 2018, was placed from the shore to the boat, to walk upon the boat and walk off the boat.

EXHIBIT I

5. I have never found the plank to be wobbly or un-sturdy and never felt unsafe traversing the plank.

6. If I had any concerns about the safety of the plank and its use to access the boat, I would not have traversed it myself, nor had my wife or mother-in-law traverse the plank.

7. I had never seen any person at anytime, not before or after Ms. Darby's incident, have any difficulties traversing the plank.

_____
SADIE A. GENTRY
WITNESS

_____
CALVIN RICE

_____
HARRIET HEIDI LEE
WITNESS

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14TH DAY OF NOVEMBER, 2021.

_____
PHILIP A. COSTA (LSBN 4428)
NOTARY PUBLIC
(ID 1781)