UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH DARBY | CIVIL ACTION |
| VERSUS | NO: 19-12622 |
| DAVID G. SNOW, ET AL. | SECTION: "J"(1) |

### ORDER

The Court having been advised that Plaintiff, Judith Darby, and Defendant, Sadie A. Gentry, have reached a settlement of any and all claims of Plaintiff against Sadie A. Gentry in this matter,

**IT IS HEREBY ORDERED** that all claims of Plaintiff's against Defendant, Sadie A. Gentry, in the above captioned matter are hereby dismissed without costs, and without prejudice, with the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

**IT IS FURTHER ORDERED** that Defendant Sadie A. Gentry's *Motion for Summary Judgment* **(Rec. Doc. 77)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 29th day of November, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE