UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH DARBY | CIVIL ACTION |
| VERSUS | NO: 19-12622 |
| DAVID G. SNOW, ET AL. | SECTION: "J"(1) |

## ORDER

**IT IS ORDERED** that the pretrial conference set for December 16, 2021 at 3:00p.m. has been moved to December 16, 2021 at 1:00p.m.

New Orleans, Louisiana, this 10th day of December, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE