UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. DARBY | Civil Action No. 2:19-cv-12622 |
| *Plaintiff* | |
| | JUDGE CARL J. BARBIER |
| VS. | |
| DAVID G. SNOW, SADIE A. GENTRY, ALBERT DECORTE, USAA GENERAL INDEMNITY COMPANY, AND ABC INSURANCE COMPANY | MAG. KAREN WELLS ROBY |
| *Defendants* | |

**MOTION FOR DISMISSAL WITH PREJUDICE**

Comes now Plaintiff, JUDITH M. DARBY, through undersigned counsel, who requests the entry of an order dismissing the claims of JUDITH M. DARBY against Defendant Sadie A. Gentry only, with prejudice, reserving rights to all other defendants, with each party to pay their own costs.

RESPECTFULLY SUBMITTED:

s/Jacques F. Bezou, Jr.
Jacques F. Bezou (3037)
Jacques F. Bezou, Jr. (33728)
Payton S. Lachney (39947)
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile:  (985) 892-1413
jb2@bezou.com

-and-

s/Robert A. Barnett
Robert A. Barnett, ALLC #2778
19370 Hwy. 36
Covington, La. 70434
Telephone: (504) 722-1042
***Attorneys for* Judith Darby**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Jacques F. Bezou, Jr.</u>