UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDITH M. DARBY | Civil Action No. 2:19-cv-12622 |
| *Plaintiff* | |
| | JUDGE CARL J. BARBIER |
| VS. | |
| DAVID G. SNOW, SADIE A. GENTRY, ALBERT DECORTE, USAA GENERAL INDEMNITY COMPANY, AND ABC INSURANCE COMPANY | MAG. KAREN WELLS ROBY |
| *Defendants* | |

## ORDER OF DISMISSAL

Considering the Motion for Dismissal with Prejudice, it is

**ORDERED, ADJUDGED AND DECREED** that all claims of Plaintiff, **JUDITH M. DARBY**, against Defendant, Sadie A. Gentry only, are hereby dismissed with prejudice, reserving rights to all other defendants, with each party to pay their own costs of court.

**ORDERED** this _____ day of January 2022, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE,
EASTERN DISTRICT OF LOUISIANA**